**RECEIVED**
ER

5/19/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Chicago Division

**1:20-CV-2963**

Case No. ___16 CR 401-1___

*(to be filled in by the Clerk's Office)*

MARCO PEREZ
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Bureau of Prisons, Warden @ 701 Van Buren
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

JUDGE FEINERMAN
MAGISTRATE JUDGE FINNEGAN
PC 11

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARCO PEREZ |
| All other names by which you have been known: | |
| ID Number | 17174-379 |
| Current Institution | FMC - DEVENS |
| Address | Box 879 - ₽ |
| | AYER          MA.          01432 |
| | City          State          Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | MCC 701. VAN BUREN - BUREAU OF PRISON |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | 701 - VAN BUREN |
| | CHICAGO          IL |
| | City          State          Zip Code |

☐ Individual capacity     ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | WARDEN |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | BUREN OF PRISON |
| Address | 701- VAN BUREAN |
| | CHICAGO          IL |
| | City          State          Zip Code |

☑ Individual capacity     ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☑ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  8TH AMENDMENT ( CRUEL AND UNUSUAL PUNISHMENT )

  _____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

  - CRUEL & UNUSUAL PUNISHMENT ( 8TH AMENDMENT )
  - DELIBERATE INDIFFERENCE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐   Pretrial detainee
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☐   Convicted and sentenced state prisoner
- ☑   Convicted and sentenced federal prisoner
- ☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

IN 1997 I FELL OFF A 5 FT. LADDER AND INJURED MY BACK SPECIFICALY L3, L4 AND L5, I HAVE HAD 3 SURGER IES IN 99, 2001, 2004.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

CASE-16CR 401-1

I WAS SENTENCED ON 2-5, 20 18 AND WAS SENT TO MCC FACILITY. AT SENTENCING JUDGE ~~CAMPBELL~~ KENDALL TOLD THE B.OP/ STAFF AT MCC TO GIVE ME MEDICAL TREATMENT FOR MY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

JANUARY 25, 2017

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

NO MEDICAL TREATMENT IN 4 YEARS, WORSENING PAIN 24 HOUR PAIN, BURNING AND EMOTIONAL STRESS.

PERMANENT NERVE DAMAGE TO MY BACK

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

DUE TO THE B.O.P TRANSFERRING ME 6 TIMES OVER A 4 YEAR PERIOD I HAD TO START ALL OVER AGAIN WITH MRI's AND DELAYED MEDICAL TREATMENT! 4 YEARS LATER I HAVE MEDICAL TREATMENT AT ALL BUT INJECTIONS THAT I TOLD THEM DID NOT WORK ON ME.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$20,000,000.00   PAIN, EMOTIONAL STRESS, PSYCHOLOGICAL PAIN. BURNING 24 HOUR PAIN AND PERMANENT NERVE DAMAGE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MCC 701 VAN BUREN - CHICAGO, IL

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All - 8th AMENDMENT - CRUEL & UNUSUAL PUNISHMENT
- DELIBERATE INDIFFERENCE
- Filed 2 Full ADMIN APPEALS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

MCC - 701 VAN BUREN - CHICAGO, IL.

2.   What did you claim in your grievance?

NON MEDICAL TREATMENT, EMOTIONAL STRESS, NO RELIEF OF PAIN, PERMINENT NERVE DAMAGE

3.   What was the result, if any?

ALL REJECTED -

SAYING MEDICAL WAS DOING WHAT THEY SHOULD BE DOING

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

YES, BP- 9,10,11 WERE ALL COMPLETED AND REJECTED, TORT CLAIM FILED AND DENIED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All ATTACHED

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   MARCO PEREZ

Defendant(s)   WARDEN , M. LICON = VITALE

2.   Court *(if federal court, name the district; if state court, name the county and State)*

DANBURY, CT

3.   Docket or index number

3:19 CV 1639 (VLB)

4.   Name of Judge assigned to your case

VANESSA L. BRYANT

5.   Approximate date of filing lawsuit

OCTOBER 17, 2019

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

FILING WITH DEFENDANTS ATTORNEY BACK AND FORTH.
                    STILL PENDING

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3-8-2020

Signature of Plaintiff   Marco Perez
Printed Name of Plaintiff   MARCO PEREZ
Prison Identification #   17174-379
Prison Address   Box 879 - FMC - DEVENS
AYER     MA   01432
City     State   Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City     State   Zip Code
Telephone Number
E-mail Address

## AFFIDAVIT

I am forty-four years old although my mobility is more like that of an elderly man. I am largely bound to a wheelchair. I have been trying, politely, to gain access to medical care guaranteed to me by law as an inmate in the Federal Bureau of Prisons.

I injured my back while unsuccessfully attempting to evade federal authorities in 2012. By the time I was incarcerated in my present matter I had been undergoing extensive treatment on the outside and preparing for surgery. Specifically, during the earlier chase, I fell off a train and on to the tracks and severely injured my L3, L4, and L5 vertebrae. I was brought to the hospital upon my arrest and was kept there for approximately a day, presumably because the Border Patrol agents wanted to bring me to a holding facility. When I was arrested again in 2016, I had been undergoing treatment which immediately ceased upon being brought into custody. I tried very hard to get the attention of medical staff but was routinely blocked by custody officers. I finally got to see a doctor on November 2, 2016, months after my June 21 arrest. This doctor immediately recommended an MRI, for which I was scheduled on November 18. The MRI demonstrated that my three vertebrae had continued to deteriorate. The prison then waited nearly two months to bring me to a spine surgeon on the outside, who referred me to a specialist to observe my lower back. I was then sent back to the surgeon given the nature of my injury. The specialist had recommended surgery.

However, surgery was not to be. I was transferred from Kankee County Jail to MCC Chicago on January 25, 2017. There I was prescribed eight sessions of physical therapy. To date, this is the entirety of the physical therapy I have received behind bars.

On June 14, 2017, I was taken from the MCC to Thorek Hospital in Chicago. I was given X-rays, which demonstrated even further deterioration of my L4 and L5 vertebrae, most severely at the latter. Yet again surgery was recommended. I was referred to spine surgeon, Dr. Snitovsky, to evaluate for possible spine fusion.

It took the entire summer to be seen by a doctor again, and this time, on September 6, 2017, I was sent to a different medical facility, Northwest Hospital. This required them to review my entire case again, but nonetheless, the person who evaluated me, Nurse Tosaw, ordered X-rays and an MRI. I was finally brought for the MRI more than a month later, on October 24, and the MRI was conducted, but there was never a follow up on the findings. I was not given any spine injections for pain until January 11, 2018, when I was advised that, at last, there would be a review with Nurse Practitioner Tosaw. But this never occurred. Had it taken place, she would have seen, as Dr. Snitovsky and others had, that there are no discs at all in the areas of L3, L4, and L5.

I was transferred to FCI Pekin on March 19, 2018. This prison did not have the proper care level for me given my existing condition. And I had to begin the entire medical process again. But before any traction could occur, I was transferred on May 14, 2018 to FCI

Marianna. It took more than a month to arrive there. When I did finally arrive, on June 20, 2018, I immediately requested a medical hold since I had been transferred several times and continuously had to restart the process to get proper medical care. At this point I began my initial journey through the administrative remedy process. A hold was issued on August 2, and two days later, Dr. Lopez, a staff member of the prison, ordered additional MRIs. However, when Hurricane Michael hit two months later, on October 10, the MRIs still hadn't been scheduled. The entire prison was evacuated three days to USP Yazoo in Mississippi, where I received the final rejection of my appeal from the Central Office, dated November 19, 2018.

On the same day that I received my rejection, my unit manager responded to a new administrative remedy request, again denying me corrective surgery. As I began the appeal process anew, I was brought, on January 28, 2019, to Muscle and Nerve PA, a specialist office in Jackson, Mississippi. Rather than examine my vertebrae, as requested, they examined my feet, because I was experiencing numbness in my lower body. This did not have any impact on the corrective surgery requested. And so yet another MRI was ordered on February 11, 2019 by Doctor Lopez, who had followed the inmates to USP Yazoo. While it took several months, on April 25, Dr. Lopez informed me that he had finally received approval from Washington, D.C., not for surgery, but for a consultation for surgery. It should be noted that I had already had several consultations, and all recommended surgery. Nonetheless, I was scheduled. But on May 6, 2019, the medical hold was removed by Doctor Newland, another

3

doctor on staff, without me having the consultation. I was transferred just a few weeks later to FCI Danbury.

Here at FCI Danbury, Dr. Julie Schindler changed my prescription for pain medication from three times a day to twice a day without a referral form. This caused a significant increase in my pain. A week later, Commander McCoy, the USPHS officer who serves as second-in-command of the Medical Department here, indicated that my medical records had arrived and that I was still supposed to receive a consultation with a neurosurgeon.

On July 2, 2019, Lt. Commander McCoy, the USPHS officer in charge of Medical here, advised me that it would take an additional three to six months to see a neurosurgeon, even though there had been an approval in place since April. But it momentarily looked like luck had swung my way on one occasion, because on August 12, 2019, I was sent to the hospital for my consultation. Unfortunately, the prison had failed to pack any of my paperwork, and so I arrived at the hospital without anything. The doctor there was flummoxed. She was unable to help me because without any paperwork or MRI imagery there was no way to give a proper consultation. And so I am again waiting for a new trip to the hospital.

At this point, I have been transferred repeatedly, while in the process of being scheduled and rescheduled for the same types of consultations. I have spun every which way by medical officers who have reminded me that they needn't even follow the recommendations of outside consultants despite my continued deterioration.

4

In prison, we are often asked to evaluate pain on a scale of one to ten. This is a rather simplistic system but I suppose it assists in triage efforts. As I have told medical officers here and at all the other prisons to which I have been assigned, I am experiencing pain of "9" to "10" on a scale of ten. I feel a profound burning in my back. The pain is sharp and it does not cease. My legs are numb and so are my feet and I find it almost impossible to walk. I was given a walker at FCI Marianna in September of 2018 and I was switched to a wheelchair here at FCI Danbury because of the deterioration.

Some outside doctors have been sympathetic, but here inside prison I am trapped in a web of red tape and, unfortunately, frequently unsympathetic medical officers. There are very few licensed doctors in prison, and most of the time, we see officers with neither a doctorate nor a license.

My fate has been turned over to a faceless, Orwellian-sounding Utilization Review Committee, which has, without any explanation, prolonged my suffering by denying me access to necessary medical care. My situation is deteriorating. All I want is adequate medical care to address my serious back problems.

I had to go back to Danbury without seeing the doctor. On 8-27-19 Dr. Julie requested a new MRI and on 10-15-19 she once again requested the MRI since it had not been done. Finally on 12-26-19 the MRI was done. On 1-27-20 I had a consult with Dr. Sanderson the neurosurgeon and at that time the recommended spinal surgery. However, due to the 4 years delay of multiple MRI's and transfers, I have permanent serve damage in my back resulting in 24 hour pain, burning, and agony.

On 2-12-20 I was transferred to FMC Devens, a medical facility. on 2-21-20 Dr. Ruze requested a neurosurgeon consult without even seeing me. On 2-26-20 I finally saw Dr. Ruze who told me "I needed to start my medical process all over again including another MRI in a new facility'.

EXHIBIT A

Administrativ Remedy
BP8-BP9-BP10-BP 11.

FEDERAL CLAIM



U. S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office
3800 Camp Creek Pkwy SW
Bldg 2000
Atlanta, GA 30331*

**CERTIFIED MAIL:**
**7019 2280 0000 5767 3177**

Marco Perez
Reg. No. 17174-379
FMC Devens
P.O. Box 879
Ayer, MA 01432

RE:   **Administrative Tort Claim Number: TRT-SER-2019-05511**

Dear Claimant:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act
("FTCA"), Title 28, United States Code (U.S.C.), Section 2672 *et seq.*, and the authority
accorded by Title 28, Code of Federal Regulations (C.F.R.), Section 0.172. Under Section 2672
of the FTCA, each federal agency has been delegated the authority to consider, determine, and
settle any claim for money damages against the United States for personal injury or loss of
personal property caused by the negligent or wrongful act or omission of an employee acting
within the scope of his or her office or employment.

We have investigated your claim, and the investigation did not indicate you suffered an injury or
loss caused by the negligence of a Bureau of Prisons employee acting within the scope of his or
her employment. Accordingly, your FTCA claim is denied. If you are dissatisfied with our
determination, you have six (6) months from the mailing date of this letter to file suit in an
appropriate United States District Court.

Sincerely,

Joshua Robles
Supervisory Attorney

Date: 02-28-2020

4-27-19   5-7-19
FILE   RCC.

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

**1. Submit To Appropriate Federal Agency:**

Federal Bureau of Prisons
Southeast Regional Office
ATTN: Regional Counsel's Office
3800 Camp Creek Parkway, S.W., Building 2000
Atlanta, Georgia 30331-6226

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)**

Marco Perez 17174-379
USP Yazoo City
P.O. Box 5000
Yazoo City, MS   39194

| 3. TYPE OF EMPLOYMENT<br>□ MILITARY □ CIVILIAN | 4. DATE OF BIRTH<br>06/17/75 | 5. MARITAL STATUS<br>S | 6. DATE AND DAY OF ACCIDENT<br>Pre- June, 2017 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) Medical Indifference - Claimant was diagnosed on two separate occasions (6/14/17 and 10/23/17) with a fuse disc bulge and a mild bi-lateral facet. Claimant was told on these occasions, by two separate specialists, whom the Claimant was referred to by the B.O.P., that he needed physical therapy (cont)

**9.**

**PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

**10.**

**PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Claimant is in constant pain (9 on a scale of 10) due to heightened issues in his back and indifference by the medical staff at the B.O.P. Claimant is now wheelchair bound, and is suffering diminished health due to lack of proper care at FCI Marianna and USP Yazoo City.

**11.**

**WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

**12.** (See instructions on reverse.)

**AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $20,000,000 | | $20,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Marco Perez* | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE

Question 8 (cont.) -- and a consult with a neurosurgeon for possible surgery. Staff at both institutions have ignored these recommendations and Claimant is now bound to a wheelchair due to the lack of proper care and indifference of the medical staff. (see attached Medical records)





Administrative Remedy No. 946993-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you have inadequate medical care for
lower back pain. You contend you were denied physical therapy
and surgery. For relief, you request a recommendation of a
transfer to a medical facility for physical therapy and medical
treatment by a Neurosurgeon.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal. Our succeeding review reveals you have been evaluated
by Health Services on multiple occasions for lower back pain and
have had adjustments in your health care as clinically needed.

Further review reveals you transferred to your parent
institution on October 13, 2018. Since your arrival, your
clinical provider team evaluated you and submitted consults for
an MRI scan and Neurology. The consults are pending review by
the Utilization Review Committee. Once reviewed, a decision
will be made and a course of care will be determined. If you are
having issues, you need to request sick call for your
complaints. Given this, we shall defer diagnostic testing and
treatment interventions to the Health Services staff at the
local level.

Based on this information, there is no evidence to substantiate
your claim of being denied appropriate medical care. At this
time, we find you are designated to an appropriate institution
commensurate with your current security, custody and medical
needs.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons. You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.

11/19/18
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-
ments must be submitted with this appeal.

From: Perez, Marco          17174-379          A01-106L          FCI Marianna
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** Mr. Perez appeals the Regional Director's response dated September 20, 2018 regarding the Clinical Director's recommendation for spine surgeon. Mr. Perez has a history of lower back pain as a result of a fall. The pain level is rated 9/10. He has decreased sensation in both legs and limited mobility requiring a rolling walker to help with ambulation. A previous MRI completed by medical staff of MCC Chicago revealed Mr. Perez has the presence of a fuse disc bulge and a mild bilateral facet on two seperate examinations June 14, 2017 and on October 23, 2017. Although the MRI's completed by two seperate outpatient consultants recommend physical theraphy and scheduling with a Neurosurgeon the BOP medical staff has yet to provide Mr. Perez surgery. Therefore, Mr. Perez prays the Office of General Counsel will remand his appeal back to the institution for (1) recommendation for redesignation to a BOP Medical Facility to begin medical treatment for PHYSICAL THERAPHY and (2) recommendation by the Regional Director for outpatient medical treatment by a Neurosurgeon to ensure conformity with the Patient Care policy P.S. 6031.04, as the presence of a fuse disc bulge and mild bilateral facet confirmed by two recent MRI's is information that would cause most medical professionals to consider the need for expedited surgery.

October 4, 2018                          /s/ Marco Perez
DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

REC-

UCT 1 7 2018

Administrative Remedy
Federal Bureau of

DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 941693 A1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER:

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN IVN.                                                      BP-231(13)

Regional Administrative Remedy Appeal No: 946993-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted August 7, 2018. You allege you have limited mobility due to your lower back pain and you were approved for a neurosurgery consultation at your previous institution, but you were transferred before your appointment took place. As relief, you are requesting back surgery.

A review of your medical records revealed a neurosurgery consultation request was submitted by your medical provider at your previous institution on May 8, 2018; however, the request was not reviewed by the Utilization Review Committee.

You transferred to FCI Marianna on June 20, 2018. During your Chronic Care Clinic (CCC) evaluation on July 3, 2018, your medical provider noted your history of chronic lumbosacral radiculopathy and previous laminectomies. The Staff Physician recommended an updated magnetic resonance imaging (MRI) study to determine if an outside evaluation was indicated. This request was approved by the Regional Reviewer on August 10, 2018, and your appointment has been scheduled. The specific date and time of your appointment cannot be disclosed for security reasons.

You are currently prescribed meloxicam, acetaminophen and gabapentin for pain and have been provided a rolling walker to help with ambulation. Should you experience any adverse changes in your condition, return to sick call for reevaluation. Medical care will continue to be provided consistent with Bureau of Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of General Counsel. Your appeal must be received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30 calendar days of the date of this response.

9/20/18
Date

Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __PEREZ, MARCO__     __17174-379__     __N03-104L__    __FCI MARIANNA__

         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT         INSTITUTION

**Part A - REASON FOR APPEAL**   Mr. Perez appeals the Warden Shannon D. Withers of FCI Marianna response dated July 26, 2018 (part B-Response, Remedy ID #946993-F1) regarding a complaint about medical health care. Mr. Perez contends that he was recommended for spine surgeon to evaluate a possible fusion while confined at MCC Chicago on June 14, 2017 after a clinical encounter exam by M.D. Peter Snitovsky (see Clinical Encounter #TIH001946862). Mr. Perez has a history of lower back pain as a result of a fall, the pain level is rated 9/10 and his back pain is constant. He has decreased sensation both in the legs and limited walking mobility while standing. An MRI was completed at St. Mary Hospital November 2016 and on January 11, 2018 at Northwestern Medical Facility. (M.D. M. Khan recommended surgery and physical theraphy and increased Mr. Perez Gabapentin tablet medication to 600mg to reduce his pain level). The Warden's response indicates a consultant has been submitted for an updated MRI, however, the Warden's response did not address the outpatient specialist recommendations made on January 1, 2018 regarding physical theraphy or if an appointment with a Neurosurgeon had been scheduled at the time of the Warden's response. Thus, Mr. Perez prays the Regional Clinical Director will approve him for outpatient medical treatment by a Neurosurgeon and recommend him for redesignation to a medical facility to begin atteding physical theraphy. (Note: Mr. Perez has had lumbar surgery performed over three time in the past and his walking mobility is limited). Therefore, Mr. Perez prays the Regional Clinical Director will ensure conformity with the Patient Care policy, Program Statement 6031.04, as the presence of fuse disc bulge and a mild bilateral facet confirmed by two previous MRI's is information that would cause most medical professionals to consider the need for surgery.

__July 30, 2018__                     /s/ Marco Perez

      DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

AUG 7 2018

REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____ DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

                                             REGIONAL DIRECTOR

**Part C - RECEIPT**                           CASE NUMBER: __946993-R1__

                                             CASE NUMBER: _____

Return to: _____

SUBJECT:   LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

_____ DATE                         SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**
Federal Bureau of Prisons

**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**

Part B - RESPONSE

Remedy ID — 946993-F1

This is in response to your Request for Administrative Remedy receipted July 13, 2018, in which you allege medical indifference and malpractice. Specifically, you state you were recommended for an evaluation for possible fusion and was transferred prior to the recommended procedure being approved at your previous institution. In relief, you request a consult for evaluation by the Neurosurgeon.

A review of your request revealed all of your current issues have been addressed by the Health Services department staff. A consultation has been submitted for an updated MRI. Pending the results of the MRI, you will be scheduled for an appointment with the Neurosurgeon.

You have been evaluated for pain management, and your current dosage of Gabapentin has been increased. You are being evaluated and treated utilizing approved BOP Clinical Practice Guidelines.

**This response is for informational purposes only.** If dissatisfied with this response, you may appeal this decision to the Southeast Regional Director, Federal Bureau of Prisons, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia 30331-6226. Your appeal must be received in the Regional Director's Office within 20 calendar days of the date of this response.

_____          _7-26-18_____
Shannon D. Withers, Warden          Date

This response was delivered by my unit team on ___7-26___, 2018.


_____          _____C.D.H_____
Inmate Signature                    Staff Signature

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | PEREZ, MARCO A. | 17174-379 | N03-104L | FCI MARIANNA |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**   Mr. Perez files a medical malpractice complaint against the Health Services Department for medical indifference, and medical negligence. Mr. Perez complains of he was recommended for spine surgeon to evaluate for possible fusion on 6/14/17 after an exam by M.D. Peter Snitovsky of MCC Chicago (Encounter #TTH001946862). Mr. Perez's suffers lower back pain which started over two years ago as the result of a fall, the pain is rated 9/10 and constant. He has had lumbar surgery three times in the past. He has decreased sensationin both legs and limited walking mobility while standing. An MRI was completed at Little Mary Hospital 11/2016 and at Northewestern Medical Facility Foundation 1/11/2018. (Surgery and physical therapy was recommended, increase of gabapentin to 600mg by attending M.D. M. Khan. However, prior to scheduling surgery at MCC Chicago, Mr. Perez was transferred to FCI Marianna. Thus, Mr. Perez prays the Clinical Director will refer his complaint to the Utilization Review Committe of Health Services to recommd spine surgeon to evaluate his fuse disc bulde in his lower back he contends causes him constant serious pain, as the presence of fuse disc bulge and mild bilatera facet degenration is information confirmed by an MRI that would cause most people to consider a need for surgery, and ensure conformity with the Patient Care, P.S. 6031.04.

July 5, 2018
_____
DATE

/s/ *Marco A. Perez*   Marco A. Perez
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
JUL 1 3 2018
BY:_____

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 946993-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          BP-229(13)

1330.131    #141    MNA

30, 2007                                                        July

ATTACHMENT A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Federal Bureau of Prisons Program Statement 1330.13 Administrative Remedy Procedures for Inmates, dated December 22, 1995, requires that inmates shall informally present their complaint to staff and staff attempt to informally resolve any issue before an inmate files a Request for Administrative Remedy (BP-229). If an informal resolution cannot be met, the inmate will be given a BP-229 (13) form.

INMATE'S NAME: MARCO PEREZ   REG.NO.: 17174-379 UNIT: NB-B104

1.   Nature of problem (cite relevant policy - if UDC/DHO appeal, specify relevant section of Inmate Discipline Policy: Mr. Perez has a diffuse disc bulge and mild bilateral facet degeneration he complains causes him serious pain when attempting to walk. The BOP performed an MRI within one year. There is evidence of the buldge, however, the BOP has not scheduled him for surgery. Thus, Mr. Perez request outpatient treatment by a specialist or to be transferred to a BOP Medical Facility for treatment and therapy.

2.   State what action or resolution inmate expects. Be specific: Mr. Perez prays that Health Services will grant him recommendation for outpatient treatment by a specialist to treat his serious back injury to ensure conformity with the BOP's Patient Care, Program Statement 6031.04.

3.   (a) Summary of investigation: Reviewed medical records

    (b) Summary of findings after investigation: You arrived at FCI Marianna on 06/20/2018. You had an MRI conducted at previous institution. The results of your MRI revealed only mild spinal canal narrowing. It was determined at this this time there was no need for surgical intervention. You were evaluated on 07/02/2018 by the medical officer you reported you were in no pain and your pain was currently being managed on your current pain regimen.

4.   Indicate the action you have taken to resolve the matter informally (including actual steps taken to resolve): _____

5.   Explanation for non-resolution: _____

Date & Time Issued: 6-25-18 / 7:50am   Correctional Counselor: CMI
Date & Time Inmate Returned: 7-2-18 / 7:25am Correctional Counselor: r.D.H.

Date & Time Investigation Completed and BP-9 issued:    7-3-18 / 9 F.C.A.C

Unit Manager Signature: _____

Distribution:  (1)   if complaint is informally resolved, forward original, signed below and dated by inmate, to Warden's Office for filing.
          (2)   If complaint is not informally resolved, forward original (attached to BP-DIR-09 form) to Paralegal.

On _____, this issue was informally resolved.

_____        _____
Inmate Signature                   Date

Administrative Remedy No. 963895-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you complain that you have been transferred twice while pending outpatient surgery for a back injury. For relief, you request to be immediately scheduled to see an outpatient specialist for corrective surgery.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Since the filing of your appeal to the Central Office level, you were evaluated by Health Services staff on July 15, 2019, and given Naproxen for your back pain. It is also noted a consultation request was submitted for you to be seen by Neurosurgery. You are advised this consultation is currently pending review by the Utilization Review Committee. Once the consultation has been reviewed, medical staff will notify you of the outcome as to whether it was approved or denied.

It is in your best interest to continue compliance with your medication regimen and medical plan of care in order to obtain optimal results. Your primary care team will continue to make recommendations as needed. As recommendations are made, a course of treatment will be determined.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.


7/29/19
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Perez, Marco        17174-379      NO2-102L     USP Yazoo City
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL.** Mr. Perez appeals the Warden of Yazoo City response to his medical malpractice complaint against medical professionals of the institution due to delayed medical treatment and medical indifference by medical staff. (See Part B-Response, Remedy ID # 963895-R1). On January 25, 2017, Perez was taken into custody and care by the Bureau of Prisons at MCC-Chicago following his arrest by federal authorities. Mr. Perez jumped off a moving train to evade federal authorities, as a result of his 30 foot jump a moving train he injured his lower back and lower extremity. The MCC-Chicago medical staff provided Perez two separate MRI's both revealing a diffuse disc bulge which extends into the neural foramina. (The MRI's can be access in Perez electronic medical file the dates 10/23/17 and 01/11/18) Shortly after the MRI's being completed. Perez was transferred to FCI Marianna despite a specialist recommending surgery. In the midst of FCI Marianna medical staff scheduling Perez for outpatient surgery, he was once again transferred to another institution--that being Yazoo City. An MRI was completed once again on February 11, 2019, however, NO SURGERY has been scheduled despite Perez's serious medical needs for over two years of waiting. Thus, Mr. Perez prays that the Office of General Counsel for the Southeast Regional Office expidite his medical scheduling to an outpatient specialist for corrective surgery to ensure conformity with the law and Bureau of Prisons, Patient Care Policy, Progam Statement 6031.04. Now also requesting the same from the Office of General,Bureau of Prisons, in Washington, D.C.

     May 15, 2019                     /s/ Marco Perez
       DATE                                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

1RA·B
RSP

RECEIVED

JUN 1 9 2019

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED

MAY 2 2 2019

Administrative Remedy Section
Federal Bureau of Prisons

_____
     DATE

ORIGINAL: RETURN TO INMATE

      GENERAL COUNSEL

**Part C - RECEIPT**             CASE NUMBER: 963895 A1, A2

                                       CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION
SUBJECT: _____

_____
     DATE                       SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 30, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO: MARCO PEREZ, 17174-379
DANBURY FCI    UNT: W    QTR: G05-001L
ROUTE 37
DANBURY, CT 06811

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 963895-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED : MAY 22, 2019
SUBJECT 1     : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR     INSTITUTION
ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR     A COPY
OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

BP-10

Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

MARCO

From: __PEREZ, MAURO__     __17174-379__     __N02-102L__     __USP YAZOO CITY__
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**   Mr. Perez appeals the Warden of USP Yazoo City response to his medical malpractice complaint against medical professionals of the institution due to delayed medical treatment and medical indifference by medical staff. (See Part B-Response, Remedy ID #963895-F1). On Jaunary 25, 2017, Perez was taken into custody and care by the Bureau of Prisons at MCC-Chicago following his arrest by federal authorites. Mr. Perez jumped off a moving train to evade federal authorities, as a result of his 30 foot jump from a moving train he injuried his lower back and lower extremity. The MCC-Chicago medical staff provided Perez two separate MRI's both revealing a diffuse disc bulge which extends into the neural foramina. (The MRI's can be access in Perez electronic medical file the dates 10/23/17 and 01/11/18) Shortly after the MRI's being completed. Mr. Perez was transferred to FCI Marianna despite a specialist recommending surgery. In the midst of FCI Marianna medical staff scheduling Perez for outpatient surgery, he was once again transferred to another institution--that being USP Yazoo City. An MRI was completed once again on February 11, 2019, however, NO SURGERY has been scheduled depite Perez's serious medical needs for over two years of waiting. Thus, Mr. Perez prays that the Office of General Counsel for the Southeast Regional Office expedite his medical scheduling to an outpatient specialist for corrective surgery to ensure conformity with the law and Bureau of Prisons, Patient Care Policy, Program Statement 6031.04.

__February 15, 2019__               /s/ _Marco Perez_
       DATE                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

FEB 2 8 2019

_____
       DATE                                             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: __963895-R1__

**Part C - RECEIPT**

                                               CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT _____

_____                                                                                               
       DATE                                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

Regional Administrative Remedy Appeal No: 963895-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted February 22, 2019. You allege you suffer with back problems secondary to jumping from a moving train as an attempt to evade federal authorities. You further claim you have been transferred on two occasions without receiving back surgery. As relief, you are requesting to see a specialist without further delay.

A review of your medical records revealed a neurosurgery consultation request was submitted by your medical provider at your previous institution on May 8, 2018; however, the request was not reviewed by the Utilization Review Committee. You subsequently transferred to FCI Marianna on June 20, 2018. You were approved for an updated magnetic resonance imaging (MRI) study to determine if an outside evaluation was indicated when you were housed at FCI Marianna. However, in October 2018, inmates housed at that institution were evacuated and transferred to FCC Yazoo City due to damage sustained from a hurricane before your appointment could be scheduled.

Upon your temporary transfer to FCC Yazoo City, you were seen in the Chronic Care Clinic on October 15, 2018, at which time a new request for an MRI was generated. This request was approved, and you had the MRI on February 11, 2019. A neurosurgery consultation has been approved for further evaluation and treatment recommendation(s). Health Services will notify you of your appointment logistics at the appropriate time.

You have been provided medication for pain and a rolling walker to help with ambulation, and your condition continues to be monitored in the Chronic Care Clinic. Should you experience any adverse changes in your condition, return to sick call for reevaluation. Medical care will continue to be provided consistent with Bureau of Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of General Counsel. Your appeal must be received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30 calendar days of the date of this response.

4/25/19
Date

Regional Director, SERO

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____ PEREZ, MARCO _____ 17174-379 _____ K2 _____ USP YAZOO

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** Mr. Perez files a medical malpractice complaint against health care professionals for inadequate medical care and delayed medical care based on a serious medical need. Mr. Perez suffers lower back difusse disc bulge which extends to his neural formina and mild bilateral facet. He complains he has attended sick call specially to address pain in his back to obtain durable medical equipment "walker or wheelchair" because the equipment issued by USP Yazoo is inoperable and he has requested medication dosage strong enough to reduce the pain discomfort in his back area. However, medical staff of USP Yazoo has failed to provide him "adequate medical equipment and medication prescription to treat his medical condition while he wait to be seen by an outside medical specialist in the meantime.
Mr. Perez prays that the Warden Martin of USP Yazoo will ensure compliance with the BOP's Patient Care policy 6031.04.

11-29-18
_____
DATE                                                    _Marco Perez_
                                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                                                    _____
                                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                          CASE NUMBER: 963895-F1

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

                                                        CASE NUMBER: 963895-F1
**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                                         _____
DATE                   ✿                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                                              BP-229(13)

U.S. Department of Justice     RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

Part B - RESPONSE

Remedy ID - 963895-F1

This is in response to your Request for Administrative Remedy, dated
November 19, 2018, wherein you are requesting a transfer to a medical facility.

A review of your medical records indicate you were evaluated by our in-house
Physician on November 2, 2018. A referral was written for you to see a
neurologist. This referral has been approved and you are awaiting scheduling.
You are currently a Care Level 2 inmate and do not qualify for a transfer
to a medical facility. Your medication regimen was changed from two (2) times
a day to three (3) times a day on January 8, 2019, to accommodate your chronic
pain.

Based on our findings, your request for Administrative Remedy is for
informational purposes only. If dissatisfied with this response, you may
appeal to the Regional Director, Southeast Regional Office, at 3800 Camp Creek
Parkway, SW, Building 2000, Atlanta, Georgia 30331-6226. Your appeal must
be received in the Regional Director's Office within 20 calendar days of the
date of this response.

_____      1/31/19
Cheron Y. Nash, Acting Complex Warden      Date

This response was delivered by my unit team on_____, 2019

_____      _____
Inmate Signature            Staff Signature

YAC1330.13H

Attachment A

## Federal Correctional Complex, Yazoo City, Mississippi
## Request for Administrative Remedy
## Attempt at Informal Resolution

Inmate Name: _Marco Perez_

Register No: _17174-379_                                    Unit: _K-2_

### TO BE COMPLETED BY INMATE:

1.  Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred. _I am a Medium Custody federal inmate, and not being housed at the appropriate federal Correctional Institution._

2.  What actions are you requesting to resolve your complaint? _I want to be re-designated to a F.C.I. medical Institution, and transferred._

### TO BE COMPLETED BY STAFF:

3.  Indicate below the efforts made to resolve the matter. Be specific, but brief. Include names of staff contacted to attempt resolution. (Use back of this form if necessary.)

_Boone 11-19-18_                 _Marco Perez 11-6-18_              _Boone 11-19-18_
Correctional Counselor/Date         Inmate Signature/Date            Unit Manager Review/Date

**NOTE:**  Attach any pertinent documentation related to the inmate's complaint.

|            | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Clerk |
|------------|-----------------------|----------------------------|-----------------------|----------------------------|---------------------------------------|
| Date:      | 11-6-18               | 11-12-18                   | 11-19-18              |                            |                                       |
| Counselor: | Boone                 | Boone                      | Boone                 |                            |                                       |

**Response to Request for Administrative Remedy Attempt at Informal Resolution**
**Name: Perez, Marco**
**Reg. No.: 17174-379**

This is in response to your Request for Informal Resolution dated November 12, 2018 in which you state that you are a Medium inmate and not being housed at the appropriate federal facility.

A review into this matter revealed that you are currently a holdover inmate and are not currently designated at this facility.
You cannot be transferred at this time. You are a care level 2 and not appropriate for a medical facility. Also a medium level inmate can be housed at a high.

I trust this has addressed your concerns.

J. Wilson, Unit Manager

11-19-18
Date

Administrative Remedy No. 985612-A3
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you request your 1800mg of Gabapentin be delivered in three 600mg doses a day.

Since your appeal was received, we note you transferred to your present institution on February 12, 2020, commensurate with your medical, security and custody classification requirements.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our succeeding review reveals on February 26, 2020, your provider changed your Gabapentin dosage to be administered at three doses a day.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

_____
3113120
Date

_____
Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Perez,      Marco                    17174-379        M-A          FCI Danbury
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT         INSTITUTION

### Part A - REASON FOR APPEAL

I write respectfully to appeal the decision to give me my prescription of Gabapentin twice daily. As I explained in my BP-9, "[t]he timing of the medication is as important as the dosage." This is evinced by the attached evaluation by Scott Sanderson, M.D. and Gina Porto, PA-C, at WCMG Neurosurgery Associates, a facility to which I was brought by the BOP. My medication was increased in dosage some time ago because of the pain I have been experiencing as a result of my lack of corrective back surgery has been increasing dramatically. I appreciate that the medication was increased, however, the timing, as my outside consultations have confirmed, is just as important as the dosage. So, again, I write to respectfully request that my 1800 mg of Gabapentin be delivered in three 600 mg doses during the day. I was scheduled for three doses a day back in September of 2017 because my pain returns with a vengeance once the medication wears off. Scheduling doses for three times instead of two greatly minimizes the time periods in which I experience this pain. To reiterate, I am not asking for a change in the dosage. I am asking for the timing of the delivery to be returned to its original schedule: three times a day, and, in this case, 600 mg each time. Thank you very much for your consideration of this reasonable request.

October 22, 2019                              _Marco Perez_
         DATE                                  SIGNATURE OF REQUESTER

### Part B - RESPONSE

RECEIVED
FEB 05 2020
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
OCT ...
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
DEC 16 2019
Administrative ...
Federal ...

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 985612-A1,A2

### Part C - RECEIPT

CASE NUMBER:

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

BP-10

T~ ~ or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Perez, Marco      17174-379      M-A      FCI Danbury

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

I write respectfully to appeal the decision of Warden M. Licon–Vitale to uphold the decision of the Medical Department here at FCI Danbury to give me my prescription of Gabapentin twice daily. As I explained in my BP-9, "[t]he timing of the medication is as important as the dosage." My medication was increased in dosage some time ago because the pain I have been experiencing as a result of my lack of corrective back surgery has been increasing dramatically. I appreciate that the medication was increased. However, the timing, as my outside consultations have confirmed, is just as important as the dosage. So, again, I write respectfully to request that my 1800 mg of Gabapentin be delivered in three 600 mg doses during the day. I was scheduled for three doses a day back in September of 2017 because my pain returns with a vengeance once the medication wears off. Scheduling doses for three times instead of two greatly minimizes the time periods in which I experience this pain.

To be clear, I am not asking for a change in dosage. I am asking for the timing of the delivery be returned to its original schedule: three times a day, and, in this case, 600 mg each time. Thank you very much for your consideration of this reasonable request.

September 1, 2019

     DATE                 _Marco Perez_      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

     DATE                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE             CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Part C - RECEIPT

                                CASE NUMBER: _____

Return to: _____

UBJECT:      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

     DATE         ✪         SIGNATURE, RECIPIENT OF REGIONAL APPEAL

3P LVN

PEREZ, Marco
Reg. No. 17174-379
Appeal No. 985612-RI
Page One

## Part B - Response

You appeal the response of the Warden of FCI Danbury and contend you are not receiving appropriate accommodations for chronic pain. You claim your pain medication wears off because you receive it twice a day. You request to receive your medication three times a day.

A review of your appeal reveals the Warden adequately addressed your complaint. According to your Bureau Electronic Medical Record, you are currently prescribed Gabapentin and Naproxen twice daily for pain. You were last evaluated on July 23, 2019, for increased lower back pain. You were prescribed Prednisone for pain and advised to follow up as needed. There was no indication to increase the frequency of your medication. In addition, you have not voiced any complaints since this encounter. As indicated by the Warden, you are currently waiting to see the Neurologist for a follow up evaluation. You may discuss your medication regimen during your consult or see your Primary Care Provider via sick call for further treatment options. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: October 4, 2019

J. RAY ORMOND
Regional Director

DEPARTMENT OF JUSTICE                                   **REQUEST FOR ADMINISTRATIVE REMEDY**

~~al~~ Bureau of Prisons                    7/22/19

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Perez, Marco | 17174-379 | M-A | FCI Danbury |
|-------|--------------|-----------|-----|-------------|
|       | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I was prescribed medication that I am supposed to receive three times a day. It was prescribed by a neurosurgeon during an outside consultation at a hospital and it was approved by Regional. However, I am receiving the medication only twice a day. It is important that I receive it three times because it dulls the burning I feel as a result of my injuries. I was receiving 1600 mg three times per day, and I am now receiving 1800 mg twice a day. The timing of the medication is as important as the dosage, and even if the timing weren't important, the dosage that I am receiving now is, in total, far less than what I was receiving before.

I spoke to staff through the proper chain of command, and all have shown me papers that Regional has approved my request, yet I am still being denied by Lt. Commander McCoy, the head of Medical. I respectfully request that I receive the proper medication in the proper amounts at the proper times: 1600 mg three times per day.

July 25, 2019                                    Marco Perez

_____                         _____
DATE                                             SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                         _____
DATE                                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 98561 2-F1

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____     _____     _____     _____
            LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.      UNIT       INSTITUTION

SUBJECT: _____

_____                         _____     BP-229(13)
DATE                                             RECIPIENT'S SIGNATURE (STAFF MEMBER)   APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
Part B - Response

Name: PEREZ, Marco                    Admin. Remedy Case #985612-F1

Reg. No.: 17174-379                   Unit: M-A

This is in response to your Request for Administrative Remedy, dated July 25, 2019, in which you request to receive Gabapentin 1600 mg three times a day.

According to Program Statement 6031.04, Patient Care, dated June 3, 2014, page 1, section 1, specifies, "Purpose and Scope" of Health Services is "to effectively deliver medically necessary healthcare to inmates."

Medical records show in September 2017, you were prescribed Gabapentin 300 mg three times daily by Northwestern Medicine's Department of Neurosurgery. Our records indicate as of August 2, 2019, you are receiving 1800 mg of Gabapentin twice daily, which is the maximum recommended dosage.

In addition to your Gabapentin prescription, on July 15, 2019, you were prescribed Naproxen 500 mg twice daily and on July 23, 2019, you were prescribed a Prednisone regimen. Furthermore, you are currently pending a neurosurgery consultation.

This is a response to your Request for Administrative Remedy this is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____        ___8/10/19_____
M. Licon-Vitale, Warden                 Date

DAN 1330.18
ATTACHMENT A

**FEDERAL CORRECTIONAL INSTITUTION**
**DANBURY, CONNECTICUT**
**INFORMAL RESOLUTION**

Inmate Name: Marco Perez

Unit: A

Reg. No. 17174 379

Date: 7/19/19

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State your complaint:** (reduced) _Medication has been changed from 3 times a day to twice daily. Due to the nature of my pain the new surgeon prescribed an adequate amount of meds throughout the day, evenly for my level of discomfort. Only a specialist would know level of discomfort currently. Begun has approved all request of neuro surgeon. I have constant burning ____ ____ every 2-3 hours when meds wake off._

2. **State what actions you have made to informally resolve your complaint:** _Have spoken to staff through the proper chain of command all that are able and refuse to assist me with problems have shown spaces that regim has approved all my current request and have still been denied._

3. **State what resolution you expect:** _Requesting proper medication dosage throughout the day to relieve pain evenly, three times morning, noon, evening or send to proper medical level facility for the nature of my handicap._

Inmate's Signature: Marco Perez    Date: 7-19-19

4. **Correctional Counselor's Comments (Steps Taken to Resolve):** _SEE ATTACHED_

5. **Informal Resolution WAS / WAS NOT accomplished. (Circle One)**

_[signature]_

Correctional Counselor

7/19/19

Date

for MBreece

Unit Manager

7/25/19

Date

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7/2/19 | 7/19/19 | | | |
| TIME | 9:50 | 8:40 am | | | |
| COUNSELOR | _[initials]_ | _[initials]_ | | | |

7/19/19 _According to your records you receive 1800 mg twice daily at pill line which more than you received in the past. this is going above what you received in 2017 _____

5|30|-4

# Northwestern Medicine

Angela M Tosaw, APN, CNP
NPI # : 1508278193

Tyler R Koski
NPI #: 1124041603
Division of NMG NEUROSURGERY (259)
259 E ERIE
CHICAGO, IL 60611
312-695-8143

GENDER: M
HOME: 615-321-5172
WORK: 847-867-0001

Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL 60605

DATE: 09/06/17

PEREZ, MARCO

DOB: 06/17/1975
71 W VANBUREN
CHICAGO, IL 60605
ORDER #:155176473

gabapentin 300 MG CAPS [#90 Cap (ninety)]

1 CAPSULE 3 TIMES DAILY

GENERIC ALLOWED

REFILL: 0
[ ] DISPENSE AS WRITTEN

Angela M Tosaw, APN, CNP

* This prescription is not valid without the written signature of a legally authorized prescribing clinician.

EXHIBIT B

MEDICAL RECORD

M.R.I. NOV-18-2016
OCT-17-2017
FEB-11-2019
DEC-26-2019

PRESENCE ST. MARY'S HOSPITAL
500 West Court Street
Kankakee, IL 60901
815-937-2455
DIAGNOSTIC IMAGING SERVICES

NAME: PEREZ, MARCO A
PHYSICIAN: Brent R Huffines, P.A.C.
UNIT #: DJ00639629
ACCT #: DJ0012121273

DOB/AGE/SEX: 06/17/1975 - 41 - M
ADMIT DATE:
DIS DATE:
LOC/RM/BED: H01MRI -

DIAGNOSTIC IMAGING
MAGNETIC RESONANCE IMAGING
MR LUMBAR SPINE WO CONTRAST : 1118-0001
DATE PERFORMED: 11/18/16
REPORT #: 1119-0111
REPORT STATUS: Signed

CLINICAL INDICATOR:
LOW BACK PAIN, PREVIOUS SURGERY.

STUDY/TECHNIQUE:
MRI of the lumbar spine obtained using standard protocol in high-field scanner without contrast dated 11-18-2016.

COMPARISON:
None available.

FINDINGS:
For purposes of this dictation the last lumbar-type vertebral body will be numbered L5. Using this dictation numbering system conus medullaris ends at the level of L1. There is no acute lumbar-compression fracture deformity seen. No significant spondylolisthesis of the lumbar spine is seen. Artifact from previous intervention within subcutaneous region within paravertebral musculature and posteriorly at the lower lumbar levels.

Individual disc levels are discussed as follows:

L5-S1:
There is decreased disc space and disc desiccation seen. Broad-based disc bulge effacing the ventral aspect of the thecal sac. Anterior osteophyte is seen. Mild to moderate facet arthritis is seen. Mild to moderate right lateral recess and right neural foraminal narrowing.

L4-L5:
Disc desiccation is seen. Anterior osteophyte is seen. Broad-based disc bulge effacing the ventral aspect of the thecal sac. Left laminectomy changes. There is small left paracentral disc protrusion superimposed on broad-based disc bulge leading to mild left lateral recess stenosis. Mild neural foraminal narrowing is seen. No infectious spondylitis, pseudomeningocele, or arachnoiditis is seen.

L3-L4:
There is disc desiccation seen. Anterior osteophyte seen. Mild disc bulge effacing the ventral aspect of the thecal sac. Superimposed left paracentral disc protrusion leading to mild left lateral recess stenosis. Mild bilateral neural foraminal narrowing and anterior osteophyte is seen. No infectious spondylitis, pseudomeningocele, or arachnoiditis.

L2-L3:
Disc desiccation is seen. However no significant spinal or foraminal stenosis.

The remaining levels are grossly unremarkable.

Refer to
Pain mens ___
Santiago C
___

Department's copy
Department
REPORT #: 1119-0111
1 of 2
Print Time: 11/20/16 at 1051

PRESENCE ST. MARY'S HOSPITAL
DIAGNOSTIC IMAGING SERVICES

NAME: PEREZ, MARCO A     UNIT #: DJ00639629     ACCT #: DJ0012121273

Cystic mass seen within the left kidney measuring approximately 1.5 cm compatible with simple cyst.

IMPRESSION:

Spondylitic changes of the lumbar spine from L3-4 through L5-S1 with postsurgical changes as described above. There is soft tissue density within the left L3-4 and left L4-5 and right L5-S1 levels with associated neural foraminal narrowing however; evaluation is limited due to lack of intravenous contrast.

DICTATED: Farid F Shafaie M.D.
<Electronically signed by Farid F Shafaie M.D.>

Farid F Shafaie M.D.
11/20/16 1051
DRAFT UNTIL SIGNED

S: Signed
D: 11/18/16 0923
T: 11/19/16 1424 TB

CC: Brent R Huffines, P.A.C.; Detention Center Jerome Combs; Jeffery D Long, M.D.

Department's copy
Department
REPORT #: 1119-0111
2 of 2
Print time: 11/20/16 at 1051

Patient: Marco Perez                                    DOB: 06/17/1975   Page 1 of 3

THOREK HOSPITAL PROVIDER OFFICES
AMBULATORY CARE SERVICES
850 W IRVING PARK ROAD
CHICAGO , IL 60613
06/14/17  1407

Patient Name: Perez,Marco                    Consulting Physician: Peter Snitovsky Md
                                             Referring Physician:
Medical Record#: MR048329                        Visit Date/Time:06/14/17 1300

Encounter #: TTH001946862                    Location: AMBULATORY CARE SERVICES

Visit Reason: Consultation                   5130|.424

## Patient Intake

## Chief Complaint
**Chief complaint** Lower back pain.

## Allergies
**Allergies**
**Uncoded Allergies:**
Enter Drug Allergies: (Unknown,)
  NKA
Enter Food Allergies: (Unknown,)
  NKA

Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL  60605

## Vitals
**Vitals**
  **Date/Time:** 06/14/17  1407
  **Taken by:** Helean,Loretta SNITO
  **Recorded by:** Helean,Loretta SNITO

  **Height:** 5 ft 6 in / 168 cm
  **Weight:** 180 lbs 0 oz / 82 kg
  **BSA:** 1.97 m2
  **BMI:** 29.1 kg/m2
  **Temperature:** 98.2 F / 36.8 C, Oral
  **Pulse:** 62
  **Respiration:** 17
    (Reference: 12 - 20)
  **Blood Pressure:** 118/88 / Sitting, Right Arm
    (Reference: 90/60 - 140/90)

## Pain Scale
**Pain rating**
  **Pain score** 9
  **Pain scale used** 0-10 numeric scale

## MEDICATION RECONCILIATION
**UPDATE MED LIST**
**Prescriptions - No medication data entered**

Patient: Marco Perez                                    DOB: 06/17/1975  Page 2 of 3

## Past, Family, & Social History

**Tobacco Use**
**Smoking status** Unknown if ever smoked
**Counseling given** Other

**Alcohol Use**
**Alcohol intake**
**Counseling given** Not Applicable

**Substance Use**
**Substance use** Other
**Counseling given** Not Applicable

## HPI/ROS/EXAM
**HPI/ROS/EXAM**
Subjective
HPI - 41 yo male new patient for eval of lower back pain which started a year ago as the result of a fall.
Pain is rated 9/10 and described as constant. The pain is alleviated by nothing and aggravated by activity.
Pt has received prior Orthoopedic treatment in the past and now presents himself for further treatment and
evaluation. Patient denies any numbness, tingling or paresthesia.  Diabetic? No

He has has lumbar disc surgery three times in the past. 1999 L3-L5, 2001 L3-L5--Dr. Lie at Thorek and
2004 L5. He has had injections in the past with no help. An MRI was done at Little Mary Hospital in 11/
2016. He has had decreased sensation in both legs for several years.

The pain is left > right.

Objective
Pt in NAD. A&O x3. Mood/affect is normal.
Low back: left > right paraspinal tenderness. Central tenderness. Negative SLR. Toes: motor is 5/
5. Sensation is decreased globally.

## RECENT RESULTS

**RESULTS**
**RECENT IMAGING RESULTS**
Xray: degen changes at L4/L5 and more severe at L5/S1.
*

ABOVE RESULTS REVIEWED.

## Assessment/Plan

**Assessment/Plan**
**Problem List**
**Current Visit Problems:**
  ◦ M47.26 - Osteoarthritis of spine with radiculopathy, lumbar region

**Orders**
**Prescriptions - No medication data entered**

**Patient Education**

Unit# MR048329  Encounter# TTH001946862  Document# DTH001816602  Visit Date: 06/14/17 1300

Patient: Marco Perez                                    DOB: 06/17/1975   Page 3 of 3

Degenerative Disk Disease

**Additional information**
- Recommend Naproxen 500mg po bid with food.
- Recommend referral to spine surgeon to evaluate for possible spinal fusion.
- RTO PRN

**Electronically signed by Snitovsky MD,Peter on 06/14/17 at 1418.**

## XR Spine Lumbar AP/Lat/Flex/Ext 2-3 vws

### PEREZ, MARCO - 000700588265

* Final Report *

Result Type:         XR Spine Lumbar AP/Lat/Flex/Ext 2-3 vws
Result Date:         06 September 2017 14:38
Result Status:       Authenticated
Result Title:        XR Spine Lumbar AP/Lat/Flex/Ext
Performed By:        HARRELL, MD, ALAN DOUGLAS on 06 September 2017 15:02
Verified By:         GARG, MD, ANKUR on 07 September 2017 7:56
Encounter Info:      100021714050, NMH, Outpatient, 9/6/2017 -

## * Final Report *

### Reason For Exam
Lumbago with sciatica, unspecified side

### Report
PROCEDURE:   XR Spine Lumbar (AP/Lateral/Flex/Ext)

HISTORY: 42 years-old Male with Lumbago with sciatica, unspecified side

COMPARISON: None.

FINDINGS:

There are 5 lumbar-type vertebral bodies. There is moderate narrowing at the L3-L5
disc spaces. There are large anterior and lateral osteophytes in the lower lumbar
spine. Vertebral body height is maintained. There is slight straightening of the
normal lumbar lordosis. There is mild retrolisthesis of L3 on L4.

IMPRESSION:

Lower lumbar spine degenerative disease.

### Signature Line
FINAL REPORT
THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT
WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT
AND HAS AMENDED THE REPORT WHEN NECESSARY:

Attending Radiologist: GARG, MD, ANKUR  MD
Radiology Resident:  HARRELL, MD, ALAN DOUGLAS  ADH
Date Signed Off:  09/07/2017 07:56
Transc. by:  TR  09/06/2017 15:02
Dictated by:  HARRELL, MD, ALAN DOUGLAS  09/06/2017 15:02

### Completed Action List:

Printed by:     Diaz, Marissa
Printed on:     9/12/2017 8:56

From: 3129267886     Page: 3/3     To:      Page: <Date: 9/12/2017 3:56:31 PM

## XR Spine Lumbar AP/Lat/Flex/Ext 2-3 vws          PEREZ, MARCO - 000700588265

* Final Report *

* Order by TOSAW, APN, CNP, ANGELA M on 06 September 2017 14:22
* Perform by Leslie, Jennifer on 06 September 2017 14:36
* VERIFY by GARG, MD, ANKUR on 07 September 2017 7:56 Requested on 06 September 2017
17:50

From: 3129265554    Page: 2/3    To:     Page: <Date: 11/9/2017 2:11:07 PM

Perez, Marco (MR # 000700588265)

Encounter Date: 10/24/2017

**Perez, Marco**
Male, 42y/o, 06/17/1975
Last Weight: 223 lb (101.152 kg)
Last Height: 5' 5" (1.651 m)
Preferred Phone: 615-324-5772
PCP: None
Language: English
Need Interp: No

Allergies
No Known Allergies

Health Maintenance: **Due**
FYI
**None**

Primary Ins: COMMERCI
MRN: 000700588265
MyChart: Inactive
Next Appt: None
Next Appt with Me: None

## MR SPINE LUMBAR WWO CONTRAST

Status: Final result    Visible to patient: Not Released    Dx: Chronic bilateral low back pain

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| David J Rusinak, MD | 10/24/2017 | Routine |

Narrative

PROCEDURE: MR Spine Lumbar WWO Contrast

HISTORY: Back pain and leg pain. 3 previous lumbar spine surgeries.

COMPARISON: None.

TECHNIQUE: Sagittal T1, T2, STIR, axial T1 and T2 obtained followed by postcontrast axial T1 and sagittal T1 with fat saturation.

FINDINGS: Left-sided laminectomies are noted at L3-4 and L4-5. There is a small amount of gradient susceptibility in the overlying subcutaneous back soft tissues likely representing scar/hemosiderin deposition.

There is mild retrolisthesis of L5 on S1. This may be secondary to facet degeneration. Other lumbar vertebral bodies are normally aligned. Vertebral body heights are maintained. There is degenerative disc disease L3-4, L4-5, and L5-S1. At these levels there is moderate loss of disc height and disc desiccation. There is mild associated reactive endplate marrow signal and erosion.

The distal cord and conus are normal in contour and caliber without pathologic signal or abnormal enhancement. There is no pathologic intraspinal enhancement. There is no evidence of arachnoiditis.

L1-2: No narrowing.

L2-3: No narrowing.

L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.

L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.

L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

The bladder is partially visualized though does appear distended.

IMPRESSION: Postsurgical changes are noted from prior left-sided laminectomies at L3-4 and L4-5.

There is multilevel degenerative disc disease extending from L3 through S1 with multilevel diffuse disc bulges resulting in only mild spinal canal narrowing, as detailed above.
FINAL REPORT

Attending Radiologist:  RUSINAK, MD, DAVID J  MD
Date Signed Off:  10/24/2017 16:09
Transc. by:  TR  10/24/2017 16:09
Dictated by:  RUSINAK, MD, DAVID J  10/24/2017 16:09

Specimen Collected: 10/24/17 Last Resulted: 10/24/17
2:50 PM                              4:09 PM

## Other Results from 10/24/2017

### CREATININE, POS
**Status: Edited Result - FINAL    Visible to patient: Not Released**

|  | Ref Range | 2:09 PM |
|---|---|---|
| Creatinine,Bld (Point of Care) | 0.8-1.5 mg/dL | 0.9 |
| GFR,POC (African American,Est) | >=59 mL/min/1.73m2 | >60 |
| GFR,POC (non-African Amer,Est) | >=59 mL/min/1.73m2 | >60 |
| Resulting Agency | NMH | |

Specimen Collected:          Last Resulted: 10/24/17
10/24/17 2:09 PM               2:13 PM

### Status of Other Orders

|  | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| CREATININE, POS | Edited Result - FINAL | 10/24/2017 | Reviewed Tue Oct 24, 2017 2:14 PM |

From: 312692407    Page: 2/7    To:     Page: <Date: 10/6/2017 10:55:25 AM

Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

MCC Chicago
51301-424

## Office Visit
9/6/2017

Marco Perez | MRN: 000700588265

## Visit and Patient Information

### Patient Information

| Patient Name | | Sex | DOB |
|---|---|---|---|
| Perez, Marco | | Male | 6/17/1975 |

### Encounter Information

| Date & Time | Provider | Department | Encounter # | Supervising Provider | SUPERVISING PROVIDER TYPE |
|---|---|---|---|---|---|
| 9/6/2017 1:00 PM | Angela M Tosaw, APN, CNP | Nmg Neurosurgery (259) | 100021714050 | KOSKI, TYLER R | Prints Supervising MD on Reqs |

## Visit Summary

### Reason for Visit
Reason for Visit History

### Diagnoses

| | |
|---|---|
| Chronic bilateral low back pain with sciatica, sciatica laterality unspecified - Primary | ICD-9-CM: 724.2, 724.3, 338.29 ICD-10-CM: M54.40, G89.29 |

### Diagnosis Changes
Diagnoses History recorded

### Allergies as of 9/6/2017
No Known Allergies                                                    Reviewed on: **9/6/2017**

### Vitals Recorded in This Encounter

|  | 9/6/2017 1340 |
|---|---|
| Weight: | 223 lb (101.152 kg) |
| Height: | 5' 5" (1.651 m) |

### All Flowsheet Data (all recorded)

#### Encounter Vitals

| Enc Vitals | 09/06/17 1340 |
|---|---|
| Weight | 223 lb (101.152 kg) -TM |
| Height | 5' 5" (1.651 m) -TM |

| User Key | | (r) = User Recd, (t) = User Taken, (c) = User Cosigned |
|---|---|---|
| Initials | Name | Effective Dates |
| TM | Tanisha McCray | - |

### BMI Data

From: 312692407    Page: 3/7    To:     Page: <Date: 10/6/2017 10:55:25 AM
Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

Body Mass Index
37.10 kg/m²

Body Surface Area
2.07 m²

**Progress Notes**
No notes of this type exist for this encounter.

**Transcription**

| Type<br>Progress Note | ID<br>EMDAT155998115 | Date and Time<br>9/7/2017 8:46 AM | Author<br>Angela M Tosaw, APN, CNP |
|---|---|---|---|

Signed by Angela M Tosaw, APN, CNP on 09/27/17
Document Text
Patient: Perez, Marco ()
DOB: 6/17/1975
Date: 9/6/2017
Attending: Angela Tosaw CNP

**HISTORY OF PRESENT ILLNESS:** I had the pleasure of seeing Mr. Perez in the Northwestern Neurosurgery Clinic for a new patient evaluation for a chief complaint of back pain. Mr. Perez tells me that he has had progressively bothersome back pain over the last several years. He is somewhat of a poor historian, but tells me that he has had 3 different lumbar surgeries; he believes they were all decompressions for a variety of complaints, including back and leg pain. He says that his most recent surgery was in 2004, and at that point he did appreciate some benefit from his leg pain, but no change in his back pain. He describes the pain as stabbing in nature and focussed in his mid back. He tells me that it occasionally radiates down his bilateral buttocks into his posterior thigh. He also has bilateral foot numbness and tingling. He says that his legs feel weak, and he has had 3 falls where his legs have given out on him. He uses a cane to ambulate. He says he is uncomfortable standing, walking, and sitting; lying provides some relief. He uses naproxen and a muscle relaxer with minimal, if any, improvement. He did a couple of months of physical therapy, but felt that that made things worse. He has had injections in the past, but does not recall what injections. He does not believe he has had any since 2015. He denies any issues with fine motor skills or balance. He has no changes in bowel or bladder control. He tells me he had x-rays done a couple of months ago and an MRI of his lumbar spine over a year ago. He did not bring either of those disks with him today.

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:** Glipizide, metformin, naproxen, duloxetine, lisinopril, atorvastatin, aspirin, and Tylenol.

**PAST MEDICAL HISTORY:** Diabetes, hypertension, high cholesterol.

**PAST SURGICAL HISTORY:** Appendectomy in 1989, right arm surgery in 1992; three lumbar decompressions in the years 1999, 2001, and 2004.

**SOCIAL HISTORY:** The patient is currently incarcerated. He denies any nicotine, alcohol, or other illicit drug use.

**FAMILY HISTORY:** Noncontributory.

From: 312692407     Page: 4/7     To:      Page: <Date: 10/6/2017 10:55:25 AM

Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

**REVIEW OF SYSTEMS:** Negative except what was mentioned in the HPI.

**PHYSICAL EXAMINATION:** Mr. Perez appears his stated age, in no apparent distress. He is alert and oriented x3. He has 5/5 strength in the bilateral deltoid, biceps, triceps, grasp and finger spread as well as the bilateral iliopsoas, quadriceps on the right, and I would give him a 4+/5 to 5/5 left and 5/5 in the bilateral dorsiflexion and plantar flexion, and EHL. He has no Hoffmann's or clonus. He has no pain with internal and external rotation of the bilateral hips. He stands with normal alignment and walks with an antalgic gait. He is otherwise steady. He has no issues with tandem. He is grossly nontender to palpation along his paraspinal musculature. He does have some pain over his left sacroiliac joint.

**REVIEW OF IMAGING:** No new imaging to review today.

**ASSESSMENT AND PLAN:** Mr. Perez is a 42-year-old gentleman who has had a longstanding history of back pain. We discussed his symptoms along with various the treatment paradigms. I will have him get x-rays today before he leaves the office and also ordered for him to get an MRI as he has done several months of physical therapy and using anti-inflammatories without improvement in his symptoms. Once we review that imaging, we can make further recommendations at that time. He specifically asked about pain medication as well as a back brace. I discussed my hesitancy on ordering a back brace. I did have him start some gabapentin to help manage that back pain, but explained that we do not prescribe narcotic pain medications to patients outside of the postoperative period. He will get the imaging done at his earliest convenience, and we will follow up accordingly.

Today, I spent greater than 30 minutes with the patient, more than half of which was spent in counseling and coordination of care.

Electronically Signed by:
Angela Tosaw CNP

Display only: Transcription (EMDAT155998115) on 9/7/2017 8:46 AM by Angela M Tosaw, APN, CNP

Referring Provider
**SELF REFERRAL

Medications

Medications Last Reviewed During Encounter By
TANISHA MCCRAY on 9/6/2017 at 2:46 PM

Reviewed Medications

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| glipiZIDE 10 MG TABS | 9/6/2017 | Taking |
| MetFORMIN HCl 1000 MG TABS | 9/6/2017 | Taking |
| Naproxen Sodium 500 MG TB24 | 9/6/2017 | Taking |
| gabapentin 300 MG CAPS | 9/6/2017 | Taking |
| meloxicam 15 MG TABS | 9/6/2017 | Taking |

Perez, Marco (MR # 000700588265) Printed by Angela M Tosaw, APN, CNP [ATOSA...     Page 3 of 6

From: 312692407    Page: 5/7    To:     Page: <Date: 10/6/2017 10:55:25 AM

Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

| | | | |
|---|---|---|---|
| DULoxetine HCl 30 MG CPEP | | 9/6/2017 | Taking |
| lisInopril 5 MG TABS | | 9/6/2017 | Taking |
| Atorvastatin Calcium 20 MG TABS | | 9/6/2017 | Taking |
| Aspirin (ASPIR-81 PO) | | 9/6/2017 | Taking |
| acetaminophen 325 MG TABS | | 9/6/2017 | Taking |

## Prescriptions Ordered This Encounter

| Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|
| GABAPENTIN 300 MG PO CAPS | 90 Cap | 0/0 | 9/6/2017 | |
| Sig : 1 CAPSULE 3 TIMES DAILY | | | | |

## Historic/Abstracted Meds

| Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|
| GLIPIZIDE 10 MG PO TABS | | | | |
| Sig : 1 TABLET DAILY BEFORE A MEAL | | | | |
| METFORMIN HCL 1000 MG PO TABS | | | | |
| Sig : 1 TABLET TWICE DAILY WITH FOOD | | | | |
| NAPROXEN SODIUM ER 500 MG PO TB24 | | | | |
| Sig : 2 TABLETS DAILY | | | | |
| MELOXICAM 15 MG PO TABS | | | | |
| Sig : 1 TABLET DAILY | | | | |
| DULOXETINE HCL 30 MG PO CPEP | | | | |
| Sig : 1 CAPSULE TWICE DAILY | | | | |
| LISINOPRIL 5 MG PO TABS | | | | |
| Sig : 1 TABLET DAILY | | | | |
| ATORVASTATIN CALCIUM 20 MG PO TABS | | | | |
| Sig : 1 TABLET DAILY | | | | |
| ASPIR-81 PO | | | | |
| Sig : None Entered | | | | |
| ACETAMINOPHEN 325 MG PO TABS | | | | |
| Sig : 2 TABLETS EVERY 4 HOURS AS NEEDED | | | | |

## Orders

### Lab and Imaging Orders

Active

155176475   MR SPINE LUMBAR WWO CONTRAST

Ordered On: 09/06/2017

Completed

155176472   XR SPINE LUMBAR (AP/LATERAL/FLEX/EXT)

Ordered On: 09/06/2017

### Other Orders

Active

155176474   DURABLE MEDICAL EQUIP (EXT) REFERRAL

Ordered On: 09/06/2017

### Patient Instructions

None

## Communication / Correspondence

### Communication/ Correspondence

There are no sent or routed communications associated with this encounter.

From: 312692407    Page: 6/7    To:     Page: <Date: 10/6/2017 10:55:25 AM
Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

## Chart CC's
None

## Created by
Encounter creation information not available

## Encounter Messages
No messages in this encounter                                    Expand All  Collapse All

## LOS Report
Level of Service Report

## Encounter Status
Electronically authenticated by Angela M Tosaw, APN, CNP on 9/7/17 at 12:43 PM

## Result Summary for XR SPINE LUMBAR (AP/LATERAL/FLEX/EXT)

### Result Information

| Status | Provider Status |
|---|---|
| Final result (9/7/2017 7:56 AM) | Reviewed |

## 9/7/2017 7:58 AM - Nmh Rad Interface

### Narrative

```
PROCEDURE:  XR Spine Lumbar (AP/Lateral/Flex/Ext)

HISTORY: 42 years-old Male with Lumbago with sciatica, unspecified side

COMPARISON: None.

FINDINGS:

There are 5 lumbar-type vertebral bodies. There is moderate narrowing at the L3-
L5 disc spaces. There are large anterior and lateral osteophytes in the lower
lumbar spine. Vertebral body height is maintained. There is slight straightening
of the normal
lumbar lordosis. There is mild retrolisthesis of L3 on L4.

IMPRESSION:

Lower lumbar spine degenerative disease.


FINAL REPORT
THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT
WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT
AND HAS AMENDED THE REPORT WHEN NECESSARY:

Attending Radiologist:  GARG, MD, ANKUR  MD
Radiology Resident:  HARRELL, MD, ALAN DOUGLAS  ADH
Date Signed Off:  09/07/2017 07:56
Transc. by:  TR  09/06/2017 15:02
Dictated by:  HARRELL, MD, ALAN DOUGLAS  09/06/2017 15:02
```

From: 312692407    Page: 7/7    To:     Page: <Date: 10/6/2017 10:55:25 AM

Perez, Marco (MR # 000700588265)

Encounter Date: 09/06/2017

## Lab and Collection

XR SPINE LUMBAR (AP/LATERAL/FLEX/EXT) on 9/6/2017

## Result History

XR SPINE LUMBAR (AP/LATERAL/FLEX/EXT) on 9/7/2017

User Access Log for Encounter

## Print Charge Voucher

Click Here

## Print Demographics Label

Click Here

## Document List

### Encounter Document List

ABNGEN (Advanced Beneficiary Notice) (Document Not Signed)

Referral (Document Not Signed)

Additional Encounter Documentation (Document Not Signed)

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99203 | N3-NEW PT-DETAIL,LOW COMPLEX (30 MIN) | 9/6/2017 | Angela M Tosaw, APN, CNP | | 1 |
| 72110 | XR SPINE LUMBAR (FULL SERIES) | 9/6/2017 | Ankur Garg, MD | 26 | 1 |
| 72110 | XR SPINE LUMBAR (FULL SERIES) | 9/6/2017 | Terrance D Peabody, MD | TC | 1 |

NAME: **PEREZ,MARCO**
ADDR: **71 W VAN BUREN**
**CHICAGO, IL 60605**

HP: **615-324-5772**    WP: **847-860-0001**
SEX: **M**
DOB: **06/17/1975**    AGE: **42**
NMFF MRN: **000700588265**
NMH MRN: **000700588265**
LFH MRN: **000700588265**

PHYSICIAN SIGNATURE:

COPY TO: (NP, CNM, OR RESIDENT)    NMH #:
**TOSAW, ANGELA M APN, CNP**    **38611**
**KOSKI, TYLER R MD**    **03361**

Northwestern Medicine

**NMG NEUROSURGERY (259)**
**259 E ERIE**    (Ph) 312-695-8143
**CHICAGO IL, 60611**    (F) 312-695-4430

PROVIDER: NMH-03361  UPIN: I55783   KOSKI, TYLER R MD
NPI: 1124041603

DATE OF SERVICE: **09/06/17**    FSC: 1 COMMERCIAL/OTHER-OUT OF N

**MRI**
ORDERS

| CODE | PROCEDURE |
| --- | --- |

**MR SPINE LUMBAR WWO CONTRAST [CPT: G1394]**
**Associated Diagnosis:**
Chronic bilateral low back pain with sciatica, sciatica laterality *
[M54.40,G89.29]
**Reason for Exam:** back and leg pain; x3 previous lumbar
surgeries
**Comments:**
Most recent lab values:

No results found for: BUN
No results found for: CR
No results found for: GFR

**Scheduling Instructions:**
Please call Central Scheduling at (312) 926-9000 to schedule and
register for an  appointment.

NAME: **PEREZ,MARCO**
ADDR: **71 W VAN BUREN**
**CHICAGO, IL 60605**

HP: **615-324-5772**   WP: **847-860-0001**
SEX: **M**
DOB: **06/17/1975**   AGE: **42**
NMFF MRN: **000700588265**
NMH MRN: **000700588265**
LFH MRN: **000700588265**

PHYSICIAN SIGNATURE:

COPY TO: (NP, CNM, OR RESIDENT)
**TOSAW, ANGELA M APN, CNP**
**KOSKI, TYLER R MD**

NMH #:
**38611**
**03361**

Northwestern Medicine

**NMG NEUROSURGERY (259)**
**259 E ERIE**
**CHICAGO IL, 60611**
(Ph) 312-695-8143
(F) 312-695-4430

PROVIDER: NMH-03361   UPIN: 155783   KOSKI, TYLER R MD
NPI: 1124041603

DATE REFERRED: **09/06/17**   FSC: **1 COMMERCIAL/OTHER-OUT OF N**

## REFERRAL

## PROCEDURE

```
DURABLE MEDICAL EQUIP (EXT) REFERRAL [CPT: 606020]
Associated Diagnosis:
Chronic bilateral low back pain with sciatica, sciatica laterality *
[M54.40,G89.29]
Comments:
Cane

            Refer To: TBD
      Referral Priority: Routine
        Referral Type: Referral for Evaluation and Treatment
          # of Visits: 1
      Expiration Date: 12/05/17
Scheduling Instructions:
Not all insurance plans cover this service.   Insurance benefit
verification is required for this service.
```

**DISCLAIMER:** This form is not a guarantee of coverage and does not authorize payment for services, including out-of-network services or services for which the patient is ineligible.

Copy 1 Patient Chart          Page 1 of 1

# NM Northwestern Medicine®

51301-424

**Perez,Marco**
Metropolitan Correctional Center
71. W. Van Buren Street
1/11/2018 3:00 PM   Office Visit   Chicago, IL   60605

Description: 42 year old male
Provider: Dost M Khan
Department: Anesthesiology Pain Medicine

ANESTHESIOLOGY PAIN MEDICINE
259 E. Erie St.
Lavin Pavilion, Suite 1400
Chicago IL 60611
Tel 312-695-2500
Fax 312-695-7605

Metropolitan Correctional Center
71. W. Van Buren Street
Chicago, IL   60605

Please take a few moments to review this summary of your visit. We recommend that you keep this information private as it contains your personal health information and instructions. Please notify the doctor's office if you have any changes or updates. Thank you.

## Vitals

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 128/69 mmHg | 108 | 98.5 °F (36.9 °C) (Oral) | 5' 5" (1.651 m) | 220 lb (99.791 kg) | 36.61 kg/m2 |
| SpO2 98% | | | | | |

## Allergies

No Known Allergies

## Medical Conditions Addressed During This Visit

Lumbar radiculitis   -   Primary

## Current Medications

| | |
|---|---|
| glipiZIDE 10 MG TABS  (Taking) | 1 TABLET DAILY BEFORE A MEAL |
| MetFORMIN HCl 1000 MG TABS  (Taking) | 1 TABLET TWICE DAILY WITH FOOD |
| gabapentin 300 MG CAPS  (Taking) | 1 CAPSULE 3 TIMES DAILY |
| lisinopril 5 MG TABS  (Taking) | 1 TABLET DAILY |
| Atorvastatin Calcium 20 MG TABS  (Taking) | 1 TABLET DAILY |
| acetaminophen 325 MG TABS  (Taking) | 2 TABLETS EVERY 4 HOURS AS NEEDED |

## Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| Iopamidol 200 mg/ml (ISOVUE-M) 41 % injection 3 mL <br> Class: Facility Administered <br> Route: EPIDURAL | 3 mL | ONCE | 1/11/2018 | 1/12/2018 |
| triamcinolone acetonide (KENALOG) 40 mg/ml injection 80 mg <br> Class: Facility Administered <br> Route: EPIDURAL | 80 mg | ONCE | 1/11/2018 | 1/12/2018 |

## Medications Administered During Visit

None

## Immunizations/medications Administered on Date of Encounter - 1/11/2018

No immunizations or medications administered today

## Other Orders Placed During This Visit

Normal Orders This Visit
PR NJX DX/THER SBST INTRLMNR LMBR/SAC W/IMG GDN

Perez, Marco (MR # 000700588265)

Page 1 of 4

**Other Orders Placed During This Visit (continued)**

**Patient Instructions**
## DISCHARGE INSTRUCTIONS FOR SPINE INJECTIONS

You received a **Caudal Injection** today.

After most injections, it is recommended that you relax and limit your activity for the remainder of the day unless you have been told otherwise by your pain physician.

You should not drive a car, operate machinery, or make important legal decisions unless otherwise directed by your pain physician.

You may resume your normal activity, including exercise, tomorrow.

Keep a written pain diary of **how much pain relief** you experienced following the injection procedure and **the length of time** of pain relief you experienced pain relief. Following diagnostic injections like facet blocks, sacroiliac joint blocks, stellate ganglion injections and other blocks, it is very important you record the specific amount of pain relief you experienced immediately after the injection and how long it lasted. Your doctor will ask you for this information at your follow up visit.

For all injections please keep the injection site dry and inspect the site for a couple of days. You may remove the Band-Aid the day of the injection at any time.

**Some discomfort, bruising or slight swelling may occur at the injection site.** This is not abnormal if it occurs. If needed you may:

- o Take over the counter medication such as Tylenol or Motrin.
- o Apply an ice pack for 30 minutes, 2 to 3 times a day for the first 24 hours.

You may shower today; no soaking baths, hot tubs, whirlpools or swimming pools for two days.

If you are given steroids in your injection, it may take 3-5 days for the steroid medication to take effect. You may notice a **worsening** of your symptoms for 1-2 days after the injection. This is not abnormal. You may use acetaminophen, ibuprofen, or prescription medication that your doctor may have prescribed for you if you need to do so.

A few common side effects of steroids include facial flushing, sweating, restlessness, irritability, difficulty sleeping, increase in blood sugar, and increased blood pressure. If you have diabetes, please monitor your blood sugar at least once a day for at least 5 days. If you have poorly controlled high blood pressure, monitor your blood pressure for at least 2 days and contact your primary care physician if these numbers are unusually high for you.

**If you take aspirin or non-steroidal anti-inflammatory drugs** (examples are Motrin, Advil, ibuprofen, Naprosyn, Voltaren, Relafen, etc.) you may restart these this evening, but **stop taking it 3 days before your next appointment, unless instructed otherwise by your physician.**

You do not need to discontinue non-aspirin-containing pain medications prior to an injection (examples: Celebrex, tramadol, hydrocodone and acetaminophen).

**If you take a blood thinning medication** (Coumadin, Lovenox, Fragmin, Ticlid, Plavix, Pradaxa, etc.), **please discuss this with your primary care physician/cardiologist and your pain physician.** These medications **MUST** be discontinued before you can have an injection safely, without the risk of uncontrolled bleeding. If these medications are not discontinued for an appropriate period of time, you will not be able to receive an injection.

**Patient Instructions (continued)**

If you are taking Coumadin, please have your INR checked the morning of your procedure and bring the result to your appointment unless otherwise instructed. If your INR is over 1.2, your injection will need to be rescheduled to avoid uncontrolled bleeding from the needle placement.

## Call the Pain Medicine Practice at (312) 695-2500 between 8am-4pm Monday - Friday if you are experiencing the following:

If you received an epidural or spinal injection:

- o Headache that does not go away with medicine, is worse when sitting or standing up, and is greatly relieved upon lying down.
- o Severe pain worse than or different than your baseline pain.
- o Chills or fever (101° F or greater).
- o Drainage or signs of infection at the injection site

Go directly to the **Emergency Department** if you are experiencing the following and received an epidural or spinal injection:

- o Abrupt weakness or progressive weakness in your legs that starts after you leave the clinic.
- o Abrupt severe or worsening numbness in your legs.
- o Inability to urinate after the injection or loss of bowel or bladder control without the urge to defecate or urinate.

If you have a clinical question that cannot wait until your next appointment, please call 312-695-2500 between 8am-4pm Monday – Friday or send a MyChart message. We do our best to return all non-emergency messages within 24 hours, Monday - Friday. A nurse or physician will return your message.

If you need to cancel an appointment please call the scheduling staff at 312-695-2500 during normal business hours or leave a message at least 24 hours in advance. The on-call fellow will not be able to cancel your appointment.

If you are going to be sedated for your next procedure, you **MUST** have an adult accompany you home. You cannot eat or drink for **six** hours prior to the planned procedure if you are going to receive sedation. You may take your non-blood thinning medications with a small sip of water.

For more information and to read more about the procedures we perform and **frequently asked questions**, you can visit the Northwestern Medical Faculty Foundation website at http://pain.northwesternmedicine.org/.

**MyChart Activation Instructions**

**Access code: 6WW58**

**Expires: 4/11/2018 4:37 PM**

**Online Enrollment Web site: http://www.mynm.org/**

From: 3129265554    Page: 1/3    To:     Page: <Date: 11/9/2017 2:11:07 PM

Department of Neurological Surgery
675 North St. Clair Street, Suite 20-250
Chicago, IL 60611

MCC Chicago
51301424

**Northwestern Medical Faculty Foundation, Inc.**

# CONFIDENTIAL FAX

**To:** MCC

**From:** For

Angie Tosaw, APN

Dr. Tyler Koski

**Fax:** 615 932 8725

**Pages:** 2 + cover

**Phone:** (312)-695-8143

**Date:** 11/9/2017

**Re:** Marco Perez

**Fax:** (312) 695-4430

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:** This facsimile is intended only for the addressee named above. It contains information that is confidential or otherwise protected from use and disclosure. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that nay review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us.

MRI- No significant stenosis;
multilevel degenerative
disease

No role for surgery —

Non surgical management.

5130I-424

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605

## Progress Notes

**Dost M Khan, MD at 1/11/2018 3:55 PM**
Author Type: Anesthesiologist     Status: Signed

### ATTENDING STATEMENT

Patient presents with:
Low Back Pain
Leg Pain

### Consult Requested By:

The patient is a 42 yo M w/ Hx of DM II, HLD, and chronic low back pain who is here for evaluation of low back and leg pain. Patient w/ Hx of left L3-4 and L4-5 laminectomies > 10 years ago. About 19 months ago noted recurrence of low back pain, L>R, after stopping medications. Pain located in L>R low back with radiation down bilateral posterior legs to hamstring level. Pain is constant ache with intermittent sharp exacerbations. Pain associated with numbness of toes on bilateral feet, and subjective weakness. Feels he loses his balance while walking b/c of weakness- has fallen a few times. Cannot identify any alleviating factors. Pain exacerbated by physical activity and position. Has sought care and underwent ESI and lumbar medial branch RFA with < 1 month of benefit. Is contemplating spine fusion in future. No recent PT. Here for possible ESI.

The patient denies any new weakness, bowel or bladder dysfunction. No antibiotics, No anticoagulants.

### Past Medical History
PAST MEDICAL HISTORY

| DIAGNOSIS | DATE |
|---|---|
| • DM (DIABETES MELLITUS) | |
| • HYPERLIPIDEMIA | |
| • LOW BACK PAIN | |

### Past Surgical History
PAST SURGICAL HISTORY

| PROCEDURE | LATERALITY | DATE |
|---|---|---|
| • PR PERC LAMINO-/LAMINECTOMY INDIR IMAG GUIDE LUMBAR | LEFT | 2004 |
|    L3-4, L4-5 | | |
| • APPENDECTOMY | | |
| • TREAT HUMERUS FRACTURE | | |

### Family History
FAMILY HISTORY:

| RELATION: | PROBLEMS: |
|---|---|
| Father | Diabetes |
| Mother | Diabetes |

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ, MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

**Social History**
SOCIAL HISTORY:
Marital Status: Unknown        Spouse Name:
Years of Education:        Number of children:

Tobacco Use: Quit      Packs/Day:    Years:
   Comment: quit 2yrs ago
Alcohol Use: No
Drug Use:   No
Sexually Active: Not Asked

**Medications**
Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • glipiZIDE 10 MG TABS | 1 TABLET DAILY BEFORE A MEAL | | |
| • MetFORMIN HCl 1000 MG TABS | 1 TABLET TWICE DAILY WITH FOOD | | |
| • lisinopril 5 MG TABS | 1 TABLET DAILY | | |
| • Atorvastatin Calcium 20 MG TABS | 1 TABLET DAILY | | |
| • acetaminophen 325 MG TABS | 2 TABLETS EVERY 4 HOURS AS NEEDED | | |

No current facility-administered medications on file prior to visit.

**Allergies**
Review of patient's allergies indicates no known allergies.

A 10 point review of system was completed and negative, except as noted below

EXAM:
BP 128/69 mmHg | Pulse 108 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Ht 5' 5" (1.651 m) | Wt 220 lb (99.791 kg) | BMI 36.61 kg/m2 | SpO2 98%
Gen: 42 yo M in NAD, A&Ox3, pleasant
MSK: Full range of motion of lower extremities without pain, crepitus
Derm: No rashes/suspicious skin lesions.
Lumbar Spine:
Gait: Unable to assess- patient in restraints
Facet Loading: + pain with facet loading maneuvers
Palpation (multifidus, erector spinae, piriformis and gluteal muscles): No TTP
Muscle Bulk: Symmetric

| STRENGTH | R | L | STRENGTH | R | L |
|---|---|---|---|---|---|

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

personally present for the entire procedure.
2. Patient was given written discharge instructions.
3. Recommend increasing gabapentin to 600mg tid.
4. Advised to perform PT.
5. RTC prn. If pain persists will have to re-evaluate his pain generator.

Education was provided to the patient regarding operative and invasive procedures. The education was completed using face to face conversation, and the recipient expressed understanding through verbal confirmation.

Dost M Khan, MD

---

Lavin Pain Medicine Center
**Interventional Procedure Note**

Procedure: Caudal ESI w/ catheter to L4-5 interspace

Caudal epidural injection

Procedure Date: 1/11/2018  Patient Name: Marco Perez  DOB: 6/17/1975
Allergies: Review of patient's allergies indicates no known allergies.

Time out was performed 1/11/2018 at 4:20 PM.
Performed by Dost M Khan, MD
Present for the Time-Out: Dr. Dost Khan and Jonathan Sarmiento
Consent Obtained and Documented: Confirmed
Correct patient:Confirmed
Correct procedure: Confirmed
Correct side/site: Confirmed
Correct patient position: Confirmed
Correct side/site marking visible: Confirmed
Correct X-Rays available: Confirmed
Equipment available: Confirmed

Attending Physician: Dost M Khan
Assistants: Dost M Khan, MD
Diagnosis:
1.    **Lumbar radiculitis**

Patient Position: Prone
Sterile prep with: Chloroprep and draped in the standard fashion
Approach: Midline

Needle(s): 17g 3.5" Tuohy

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018  3:55 PM (continued)

Post-op or Final Diagnosis:
1.   Lumbar radiculitis

**Written Post-Procedure Instructions with Emergency Contact Information Were Given to Patient Prior to Discharge, patient or caregiver acknowledged receipt:** Yes

Dost M Khan, MD

## Progress Notes

### Dost M Khan, MD at 1/11/2018  3:55 PM

Author Type: Anesthesiologist       Status: Signed

ATTENDING STATEMENT

Patient presents with:
Low Back Pain
Leg Pain

Consult Requested By:
The patient is a 42 yo M w/ Hx of DM II, HLD, and chronic low back pain who is here for evaluation of low back and leg pain. Patient w/ Hx of left L3-4 and L4-5 laminectomies > 10 years ago. About 19 months ago noted recurrence of low back pain, L>R, after stopping medications. Pain located in L>R low back with radiation down bilateral posterior legs to hamstring level. Pain is constant ache with intermittent sharp exacerbations. Pain associated with numbness of toes on bilateral feet, and subjective weakness. Feels he loses his balance while walking b/c of weakness- has fallen a few times. Cannot identify any alleviating factors. Pain exacerbated by physical activity and position. Has sought care and underwent ESI and lumbar medial branch RFA with < 1 month of benefit. Is contemplating spine fusion in future. No recent PT. Here for possible ESI.

The patient denies any new weakness, bowel or bladder dysfunction.  No antibiotics, No anticoagulants.

Past Medical History
PAST MEDICAL HISTORY

| DIAGNOSIS | DATE |
| --- | --- |
| · DM (DIABETES MELLITUS) | |
| · HYPERLIPIDEMIA | |
| · LOW BACK PAIN | |

Past Surgical History
PAST SURGICAL HISTORY

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

**Dost M Khan, MD at 1/11/2018 3:55 PM (continued)**

| PROCEDURE | LATERALITY | DATE |
|---|---|---|
| · PR PERC LAMINO-/LAMINECTOMY INDIR IMAG GUIDE LUMBAR | LEFT | 2004 |
|     L3-4, L4-5 | | |
| · APPENDECTOMY | | |
| · TREAT HUMERUS FRACTURE | | |

### Family History
FAMILY HISTORY:

RELATION:      PROBLEMS:
Father      Diabetes
Mother      Diabetes

### Social History
SOCIAL HISTORY:
Marital Status: Unknown      Spouse Name:
Years of Education:      Number of children:

Tobacco Use: Quit      Packs/Day:    Years:
    Comment: quit 2yrs ago
Alcohol Use: No
Drug Use:   No
Sexually Active: Not Asked

### Medications
**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| · glipiZIDE 10 MG TABS | 1 TABLET DAILY BEFORE A MEAL | | |
| · MetFORMIN HCl 1000 MG TABS | 1 TABLET TWICE DAILY WITH FOOD | | |
| · lisinopril 5 MG TABS | 1 TABLET DAILY | | |
| · Atorvastatin Calcium 20 MG TABS | 1 TABLET DAILY | | |
| · acetaminophen 325 MG TABS | 2 TABLETS EVERY 4 HOURS AS NEEDED | | |

No current facility-administered medications on file prior to visit.

### Allergies
Review of patient's allergies indicates no known allergies.

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

A 10 point review of system was completed and negative, except as noted below

EXAM:
BP 128/69 mmHg | Pulse 108 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Ht 5' 5" (1.651 m) | Wt 220 lb (99.791 kg) | BMI 36.61 kg/m2 | SpO2 98%
Gen: 42 yo M in NAD, A&Ox3, pleasant
MSK: Full range of motion of lower extremities without pain, crepitus
Derm: No rashes/suspicious skin lesions.
Lumbar Spine:
Gait: Unable to assess- patient in restraints
Facet Loading: + pain with facet loading maneuvers
Palpation (multifidus, erector spinae, piriformis and gluteal muscles): No TTP
Muscle Bulk: Symmetric

| STRENGTH | R | L | STRENGTH | R | L |
|---|---|---|---|---|---|
| | | | Psoas (L2) | 5 | 5 |
| | | | Quad (L3) | 5 | 5 |
| | | | ATib (L4) | 5 | 5 |
| | | | Gastr (S1) | 5 | 5 |
| | | | EHL (L5) | 5 | 5 |
| | | | Hamstring (S2) | 5 | 5 |

| Provocative Tests | Result |
|---|---|
| SLR sitting | + on L |
| SLR supine | |
| Patrick/FABER | |
| Gaenslen's | |
| Thigh Thrust | |
| SI Joint Distraction | |
| SIJ tenderness with palption | |
| Pace sign for piriformis sx | |
| Trochanteric bursa tenderness | |
| | |

| DTR | R | L | DTR | R | L | DTR | R | L |
|---|---|---|---|---|---|---|---|---|
| | | | Patellar | 2 | 2 | Babinski | - | - |
| | | | Achilles | 1 | 0 | Clonus | - | - |
| | | | | | | Hoffman | | |

Sensory/Dermatomes:
  R: Diminished across all toes
  L: Diminished across all toes

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

Dost M Khan, MD at 1/11/2018 3:55 PM (continued)
Studies: MRI of lumbar spine:



L1-2: No narrowing.
L2-3: No narrowing.
L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.
L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.
L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

Dx:
1. Lumbar radiculitis
2. Lumbar spondylosis

Plan:
1. Patient with L>R lumbar radicular symptoms that appear to follow an S1 dermatomal pattern. No neurologic deficit appreciated on exam. Has failed conservative treatment to date with gabapentin. I suspect bulk of pain could be arising from pathology at L4/L5 levels. Given previous Hx of laminectomy, recommend proceeding with caudal ESI w/ catheter to L4-5 interspace. The treatment plan was based on careful patient evaluation, which included review of patient's presenting symptoms, systematic review of the various systems, evaluation of the past medical, family and social history and the review of current and past medications. The assessment was also based on thorough physical examination, vital signs, and the imaging and laboratory studies.The procedure was performed after a thorough face-to-face discussion of the risks, benefits, alternatives, personnel, and complications of the procedure. Complications include, but are not limited to bleeding, hematoma, infection, nerve injury, sexual dysfunction, loss of bowel or bladder function, paralysis, organ injury, other unforseen devastating injuries, and death. The patient understood these possible risks and agreed to the procedure. After fully informed consent, we proceeded with caudal ESI w/ catheter to L4-5 interspace without

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

apparent complication. No heme, no CSF, no paresthesias. See procedure note for full details. I was personally present for the entire procedure.
2. Patient was given written discharge instructions.
3. Recommend increasing gabapentin to 600mg tid.
4. Advised to perform PT.
5. RTC prn. If pain persists will have to re-evaluate his pain generator.

Education was provided to the patient regarding operative and invasive procedures. The education was completed using face to face conversation, and the recipient expressed understanding through verbal confirmation.

Dost M Khan, MD

---

Lavin Pain Medicine Center
**Interventional Procedure Note**

Procedure: Caudal ESI w/ catheter to L4-5 interspace

Caudal epidural injection

Procedure Date: 1/11/2018  Patient Name: Marco Perez  DOB: 6/17/1975
Allergies: Review of patient's allergies indicates no known allergies.

Time out was performed 1/11/2018 at 4:20 PM.
Performed by Dost M Khan, MD
Present for the Time-Out: Dr. Dost Khan and Jonathan Sarmiento
Consent Obtained and Documented: Confirmed
Correct patient:Confirmed
Correct procedure: Confirmed
Correct side/site: Confirmed
Correct patient position: Confirmed
Correct side/site marking visible:.Confirmed
Correct X-Rays available: Confirmed
Equipment available: Confirmed

Attending Physician: Dost M Khan
Assistants: Dost M Khan, MD
Diagnosis:
1.    **Lumbar radiculitis**

Patient Position: Prone
Sterile prep with: Chloroprep and draped in the standard fashion
Approach: Midline

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

Needle(s): 17g 3.5" Tuohy
Image Guidance: yes
Description of needle placement or dye spread during contrast study or description of ultrasound imaging:

Patient was prepped and draped in sterile fashion. Following this timeout was performed verifying patient's
name, allergies, procedure, and sidedness. Under lateral view, sacral cornu identified. Overlying skin and
subcutaneous tissue anesthetized with 5cc of 1% lidocaine. Following this 17g Tuohy advanced through sacral
hiatus. AP view obtained, Tuohy needle well below S2 foramen, and then catheter advanced to L4-5
interspace. After negative aspiration for CSF and heme, 1cc of contrast administered confirming epidural intake
and negative for intravascular and intrathecal uptake. Following this injectate administered without
complication. Tuohy and catheter removed fully intact.

no intra-vascular or intrathecal dye spread noted during the contrast injection
images saved to hard drive/DICOM server
hard copy fluoro images saved and filed

Pain Relief: N/A

## DRUGS ADMINISTERED:

### Administrations This Visit

Iopamidol 200 mg/ml (ISOVUE-M) 41 % injection 3 mL

| Admin Date | Action | Dose | Route | Administered By |
|---|---|---|---|---|
| 01/11/2018 | Given | 3 mL | EPIDURAL | Dost M Khan, MD |

triamcinolone acetonide (KENALOG) 40 mg/ml injection 80 mg

| Admin Date | Action | Dose | Route | Administered By |
|---|---|---|---|---|
| 01/11/2018 | Given | 80 mg | EPIDURAL | Dost M Khan, MD |

Additional Drugs/Substances Administered: 1% lidocaine 5 cc

Anesthesia for procedure: Local; Pulse oximetry, NIBP monitoring for entire procedure;

Time: 4:25      BP: 145/78      P: 82      R: 16      SP O2: 97

Fluoro time: 18s

## DISCHARGE SUMMARY:

Complications: None
Condition on Discharge: Stable and unchanged from admission-Yes

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

**Dost M Khan, MD at 1/11/2018  3:55 PM (continued)**

Disposition/Discharge: Home
Post-op or Final Diagnosis:
1.    Lumbar radiculitis

Written Post-Procedure Instructions with Emergency Contact Information Were Given to Patient Prior
to Discharge, patient or caregiver acknowledged receipt: Yes

Dost M Khan, MD

---

### END OF REPORT

*yap*
*N02-102L*



National Diagnostic IMAGING   25700 Science Park, Suite 180
Beachwood, OH 44122   Correctinal Diagnostic Imaging, Inc.

**NAME:** MARCO PEREZ
**REF. PHYSICIAN:** UNKNOWN
**DATE OF BIRTH:** 1975-06-17
**EXAM:** MRI LUMBAR WO

**PATIENT NUMBER:** 17174-379
**STUDY DATE:** 2/11/2019
**GENDER:** M

**CLINICAL HISTORY:** CHRONIC LUMBOSACRAL RADICULOPATHY PAIN LAMINECTOMIES LT SIDED L3-4 L4-5 ON MRI DONE 2017

INDICATIONS: This patient has low back pain radiating to both legs and there is the possibility of a disc herniation causing radiculopathy.

PROCEDURE: Sagittal and axial T1, T2, and/or inversion recovery sequences were performed.

FINDINGS: At L1-2 there is no disc herniation, central or neural foraminal narrowing.

At L2-3 there is no central or neural foraminal compromise. The disc is not degenerated.

There is disc degeneration from L3-4 through L5-S1.

There is evidence for a prior left hemilaminectomy at L3-4 where there is diffuse disc degeneration and focal protrusion of the disc into the left neural foramen caudally measuring approximately 11 mm. There is mild to moderate left neural foraminal narrowing. There is lateral bulging of the disc into the right neural foramen causing mild to moderate stenosis as well. There is no central canal narrowing.

At L4-5 there has been a prior left hemilaminectomy. There is diffuse disc bulging. The neural foramen show moderate bilateral stenosis. There is no recurrent central canal narrowing.

At L5-S1 there is disc bulging without central canal stenosis. The neural foramen show moderate right and mild left stenosis.

IMPRESSION: Disc degeneration from L3-4 through L5-S1.

Prior left hemilaminectomy at L3-4 and L4-5.

Bulging disc with focal protrusion into the left neural foramen at L3-4. Both neural foramen show mild to moderate stenosis.

Moderate bilateral neural foraminal narrowing with disc bulging at L4-5.

Moderate right and mild left neural foraminal narrowing at L5-S1.

---

Bureau of Prisons
Health Services
Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PEREZ, MARCO | | | Reg #: | 17174-379 |
| Date of Birth: | 06/17/1975 | Sex: | M    Race: WHITE | Facility: | DAN |
| Note Date: | 10/16/2019 09:08 | Provider: | Fabregas-Schindler, Julie | Unit: | M01 |

Admin Note – Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**        **Provider:** Fabregas-Schindler, Julie DO
         pt needs MRI ordered

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | | Translator | Language |
|---|---|---|---|---|---|---|
| Radiology | 11/22/2019 | 11/22/2019 | Urgent | | No | |

      **Subtype:**

         MRI - HVRA

      **Reason for Request:**

         Patient saw specialist on 8/12/19.  She said he needed an MRI to determine problem and treatment plan.
         Last MRI was 02/2019, now 6 months old.  She also needs the images, which are no longer accessible,
         since patient was transferred here from Mississippi. Pt needs MRI of Lumbosacral spine w/ and w/o contrast

      **Provisional Diagnosis:**

         Degenerative disk disease, disk herniation, radiculopathy lumbar spine- worsening

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | | Translator | Language |
|---|---|---|---|---|---|---|
| Radiology | 09/27/2019 | 09/27/2019 | Urgent | | No | |

      **Subtype:**

         MRI - HVRA

      **Reason for Request:**

         Patient saw specialist on 8/12/19.  She said he needed an MRI to determine problem and treatment plan.
         Last MRI was 02/2019, now 6 months old.  She also needs the images, which are no longer accessible,
         since patient was transferred here from Mississippi.

      **Provisional Diagnosis:**

         Degenerative disk disease, disk herniation, radiculopathy lumbar spine- worsening

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Fabregas-Schindler, Julie DO on 10/16/2019 09:16

Date of Birth: 06/17/1975
Exam Date: 12/26/2019
Gender: Male

MRN: 559575
Accession: 2124134

ROBERT GREENE MD
FEDERAL CORRECTIONAL INSTITUTE,33 1/2 PEMBROKE ROAD
DANBURY, CT 06810

MRI LUMBAR SPINE WITHOUT CONTRAST

CLINICAL HISTORY: Back pain

TECHNIQUE: Multiplanar noncontrast enhanced MR imaging of the lumbar spine was performed using various pulse sequences.

COMPARISON: None available

FINDINGS:

GENERAL OBSERVATIONS: Evidence of previous left-sided hemilaminotomy and partial medial facetectomy procedures at L3-L4 and L4-L5. There is ventral epidural and subarticular soft tissue at both levels which may be due to granulation or scar.

LORDOSIS/KYPHOSIS: Normal

ALIGNMENT: There is a minimal retrolisthesis at L3-L4 and L5-S1.

SPINAL CANAL: Acquired multilevel spinal stenosis (see below).

ANATOMY: Normal

VERTEBRAL OBSERVATIONS: LUMBAR (L1-S1)

VERTEBRAL MARROW: Normal

POSTERIOR NEURAL ARCH INTEGRITY: Intact

CORTICAL DEFINITION: Normal

ENDPLATE DEFINITION: Degenerated with mild endplate osteophyte formation.

MEDULLARY SPACE: Normal

| 3839 Danbury Road | 666 Lexington Ave., | 67 Sand Pit Road | NERAD.com |
| Brewster, NY 10509 | Mt. Kisco, NY 10549 | Danbury, CT 06810 | |
| **(845) 278-6200** | **(914) 666-6692** | **(203) 797 1770** | **(888) 778-6200** |

PATIENT: PEREZ, MARCO     DOB: 06/17/1975

SPINAL CORD/CONUS: The distal cord and conus medullaris are normal with the tip terminating at the T12-L1 level.

INTERSPACE OBSERVATIONS: There are mild to moderate made and lower lumbar spine degenerative changes with desiccation of disc material and disc bulging accompanied by endplate osteophyte formation; as well as changes of facet arthrosis with bony hypertrophy.

L1-L2: No significant central stenosis or subarticular/foraminal narrowing.

L2-L3: No significant central stenosis or subarticular/foraminal narrowing.

L3-L4: Postoperative findings status post left-sided microdiscectomy procedure. Underlying chronic appearing disc osteophyte complex and facet arthrosis contribute to mild central stenosis.

L4-L5: Postoperative findings status post left-sided microdiscectomy procedure. Underlying broad-based paracentral and left-sided foraminal disc protrusion and facet arthrosis. There is a right-sided foraminal and extraforaminal disc protrusion that contacts the exiting right L4 nerve roots.

L5-S1: Asymmetrical chronic appearing disc osteophyte complex, more pronounced on the right, and bilateral facet arthrosis contribute to mild central stenosis and mild-to-moderate foraminal narrowing. Disc osteophyte contacts the exiting right L5 nerve roots.

IMPRESSION:
1. Postoperative findings status post left-sided microdiscectomy procedures at L3-L4 and L4-L5. Indeterminate ventral epidural and subarticular soft tissue may be related to scar versus recurrent disc protrusion. Recommend follow-up contrast enhanced imaging if clinically indicated.
2. Right-sided foraminal and extraforaminal disc protrusion at L4-L5 contacts the exiting right L4 nerve roots.
3. Multilevel degenerative changes with varying degrees of central stenosis and neuroforaminal narrowing as enumerated above, including moderate right-sided foraminal narrowing at L5-S1 with possible impingement of the exiting right L5 nerve roots.

Thank you for referring this patient.

CC:
MC KINNEY YOUNG, ANNIE
HILL, BRITTANY

Electronically signed by Paul McGuire, MD 12/26/2019 13:17:59

***********************END OF REPORT***********************

| 3839 Danbury Road Brewster, NY 10509 (845) 278-6200 | 666 Lexington Ave., Mt. Kisco, NY 10549 (914) 666-6692 | 67 Sand Pit Road Danbury, CT 06810 (203) 797 1770 | NERAD.com (888) 778-6200 |





Jan. 28. 2020 11:12AM                                    No. 4411

FCI Danbury #17174-379

## Western Connecticut Medical Group

**Neurosurgical Associates of Southwestern CT, P.C.**

Neurosurgical Associates of Southwestern CT
Affiliated with WCMG

67 Sandpit Road Suite 208
Danbury CT 06810
Tel: 203-792-2003
Fax: 203-739-8926

148 East Avenue, Suite 3D
Norwalk, CT 06851
Tel: 203-853-0003
Fax: 203-739-8926

| | |
|---|---|
| To: Annie or Jessica or Whoever | From: Irene @ NSA |
| Fax: 817-622-0369 | Date: 1/28/20 |
| Phone: | Page: (including cover) |
| Re: Perez, Marco 06/17/75 | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☒ Please Reply  ☒ Please Recycle

Included:  ☒ Script  __ Demographics  ☒ Clinical Reports  __ Imaging Reports

COMMENTS:

Please Auth referral for Surgery.
Please see attached note.
Thanks.

CONFIDENTIALITY
The document accompanying this transmission contains information from Danbury Hospital, which is confidential and/or legally privileged. The information is intended only for use by the individual or entity named on the transmission sheet.

If you are not the intended recipient, you are hereby notified that using, disclosing, copying, distributing or taking any action in reliance on the contents of the transmitted information is strictly prohibited and that the document should be immediately returned to Western Connecticut Health Network.

Jan. 28. 2020 11:13AM                                              No. 4411   P. 3

# Western Connecticut Health Network

Ordering Date:   01/27/20 14:49 EST
Ordering MD:    Sanderson, Scott, MD
Dr#:

[ ] Bill Physician  [ ] Bill Patient/Insurance  [ ] Waiver

---

Name:  **PEREZ, MARCO**                                    FCI Danbury #17174-379
Nursing Unit: WCMG Neurosurgery Associates of SW   Room/Bed Location:
MRN:  MG50024190        FIN: 0003559025       Date of Birth:  06/17/75      Age: 44 Years          Sex: Male
Patient Address:  1485 HERITAGE PARKWAY                                       Hm#: (817)477-0400
City, State: Mansfield, TX                                                    Zip: 76063

Guarantor:  PEREZ, MARCO                                    Guar MRN:
Employer:                                                   Guar. DOB: 06/17/75
                                                            Wk#:
Emergency Contact:                                          EM Ph:
**Primary Insurance:**       ST OF CT CORRECTIONS           Policy#: 17174379
Subscriber:  PEREZ, MARCO                                   Pt. Rel. to Sub: Self
Address:     1485 HERITAGE PARKWAY
City, State:  Mansfield, TX                                 Zip: 76063

**Secondary Insurance:**                                    Policy#:
Subscriber:                                                 Pt. Rel. to Sub:
Address:
City, State:                                                Zip:

Admit Diagnosis:  SPS/ BILATERAL FORAMINAL STENOSIS / MRI 12/26/2019@NE RAD

---

# Order Requisition – Referral

Order:  RETURN TO CLINIC
Order Action: Modify                    Ord Phys (Electronically Signed): Sanderson, Scott, MD
Order ID: 8036164095                              Comm. Type: Written
Priority:
Consulting Physician(s):
Diagnosis:                              Lumbar degenerative disc disease, L3/4, L4/5 and L5/S1 with previous left L3/4 and
                                        L4/5 discectomies (M51.36)
Free Text Date::                        Schedule for surgery
Comments:

IHC_UT_IHCORMREQ03_LYT                                                   Page: 1 of 1

Jan. 26. 2020 11:14AM                                          No. 4411   P. 5

Patient Name: PEREZ, MARCO

DOB: 6/17/1975   MRN: MG50024190

FCI Danbury #17174-379

---

## Office Clinic Notes

Lower Extremities -
Right Iliopsoas - 4+/5
Left Iliopsoas - 4+/5
Right Quadriceps -5/5
Left Quadriceps -5/5
Right Tibialis Anterior -5/5
Left Tibialis Anterior -5/5
Right Gastroc-Soleus -5/5
Left Gastroc-Soleus -5/5
Right EHL - 4+/5
Left EHL - 4/5

Gait - antalgic, slow

Musculoskeletal:
Well-healed lumbar incision. Mild diffuse lumbar tenderness

1999, 2001, 2005

<u>Social History</u>
Alcohol
Denies use, 08/12/2019
Exercise
Minutes per day: 0., 08/12/2019
Tobacco
Never smoker, 08/12/2019

<u>Family History</u>
Diabetes: Mother and Father.
Hypertension: Mother and Father.

### Assessment/Plan

1. Lumbar degenerative disc disease, L3/4, L4/5 and L5/S1 with previous left L3/4 and L4/5 discectomies (M51.36)
   The patient has severe degenerative disc disease at L3-4, L4-5 and L5-S1 with 2 previous discectomy levels with a total of 3 different surgeries. I do not have those results but he feels that since the last one he has been getting worse.

He has left greater than right leg numbness in a nondermatomal he has very severe degenerative disc disease at L3-4, L4-5 and L5-S1.

Ultimately it is not clear that surgery will be good for him at all but given his young age, diffuse symptoms, failure of medical management including injection therapy and medical treatment, I think that he is a reasonable candidate for surgery. Unfortunately surgery would necessitate an L3-S1 fusion. Those kinds of surgeries in and of themselves can frequently be not successful, especially in those with previous surgery and nonspecific symptoms.

That being said, it hard to believe that he be a good candidate for other types of pain management strategies like implantation of an implanted medication pump or spinal cord stimulator. Therefore I think that his best chance for symptomatic improvement is an L3-S1 fusion. Ideally this would be performed in a minimally invasive fashion including an L5-S1 anterior lumbar interbody fusion, and potentially L3-4 and L4-5 extreme lateral interbody fusion and an L3-S1 posterior minimally invasive robotically assisted fusion with instrumentation.

I would probably do this in a staged fashion. He would certainly need a rehab stay after his surgery and I would do the surgery at Norwalk Hospital, given the ability to use a surgical robot.

Obviously there are a lot of arrangements that would need to be made. I would expect him to be in the hospital overall for about a week, and we will try to stage his surgery, perhaps the anterior lateral approach is on 1 day, and the posterior approach was a few days later.

---

Jan. 28. 2020 11:14AM

Patient Name: PEREZ, MARCO

DOB: 6/17/1975   MRN: MG50024190

FCI Danbury #17174-379

---

### *Office Clinic Notes*

Therefore I think his hospital stay would be about a week, and then would need several weeks in a rehab facility. All this would need to be arranged. He would need to see Dr. James Lettera for discussion of the anterior lumbar approach, and he would need to get a globus robot protocol CT scan of the lumbar spine as well.

I will try to start arranging a process. He would like to go ahead with surgery. I made it very clear to him that I have no guarantee about surgery. If possible and surgery makes him worse. I made it very clear to him that it is possible that surgery does not help him, makes it worse, or ultimately is not helpful. He understands that without surgery I do not see that he is going to make significant progress as he has failed conservative management so far. With surgery, there is at least a chance of some significant although we discussed the long recovery, and the risks, benefits alternatives in detail.

He understands the risks of failed back syndrome and I discussed that with him in detail. He understands he may already have permanent nerve deficit, and he may already have a failed back syndrome that does not get any better with surgical treatment. Again, I was quite frank with him today, and feel that surgery is his best chance of getting better but absolutely no guarantee.

That being said, he would like to go ahead.

The risks, benefits alternatives to the anterior lumbar interbody fusion and lateral interbody fusion with posterior minimally invasive hardware were explained in great detail to the patient. The risks include but are not limited to, failure of the procedure to provide improvement in any back or leg symptoms, possibly leading to new or worsened back or leg pain, numbness, weakness, tingling or burning. The risks include new or worsened bowel or bladder dysfunction, as well as other spine related complications. The risks include pseudoarthrosis, hardware failure, adjacent segment disease, failure to be able to adequately complete the procedure, and need for additional surgery. A major risk is not being able to improve the patient's preoperative symptoms despite adequate surgery.
There is a risk of postlaminectomy syndrome.
The risks also include approach related complications which will be additionally described by the approach surgeon. The patient understands that this surgery is done in conjunction with a vascular surgeon to perform the approach and closure in the retroperitoneal space. The risks include injury to retroperitoneal structures, new or worsened vascular insufficiency of the lower extremities leading to chronic leg pain, blood clots, and difficulty with blood supply to the legs. In men, the surgery can be associated with retrograde ejaculation.

The risks also include injury to other retroperitoneal structures, or catastrophic bleeding necessitating transfusions and additional surgery.

The risks also include posterior hardware failure, pseudoarthrosis, or misplaced hardware creating nerve injury.

The patient expressed understanding of all of these risks and asked that we proceed. The patient asked appropriate questions, and there were all answered to the patient's satisfaction, and the patient tender no more questions.

Over 40 minutes was spent in this patient encounter, greater than 50% of which was in

---

Jan. 28. 2020 11:15AM                                                No. 4411   P. 7

Patient Name: PEREZ, MARCO
                                                    DOB: 6/17/1975   MRN: MG50024190

                                                    FCI Danbury #17174-379

| Office Clinic Notes |

patient counseling and coordination of care.

Ordered:
Ambulatory Scheduling,01/27/20 14:51:41 EST, Lumbar degenerative disc disease, L3/4,
L4/5 and L5/S1 with previous left L3/4 and L4/5 discectomies
CT Spine Lumbar w/o Contrast,01/27/20, Routine, Reason: at DH, MUST INCLUDE
GLOBUS ROBOT 1X1MM PROTOCOL, eval for preop L3-S1 fusion, Unknown, Transport
Mode: Ambulatory, Lumbar degenerative disc disease, L3/4, L4/5 and L5/S1 with previous
left L3/4 and L4/5 discectomies, ABN Sta...
Referral Ambulatory,Vascular Surgery, Lettera, James V, MD, preop ALIF, L5/S1, possible
L4/5, Co-Management with PCP, 01/27/20 14:49:00 EST, Routine, First Available, Lumbar
degenerative disc disease, L3/4, L4/5 and L5/S1 with previous left L3/4 and L4/5
discectomies
Return to Clinic,Schedule for surgery, 01/27/20 14:49:00 EST, Lumbar degenerative disc
disease, L3/4, L4/5 and L5/S1 with previous left L3/4 and L4/5 discectomies

Electronically Signed on 01/27/20 05:34 PM

Sanderson, Scott, MD

Sent for Review To: Lettera, James V, MD